UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
**Town and Country Partners, LLC** )  Bankruptcy Case No. 21 B 08430
)
)  **Chapter: 11**
Debtor. )
)

### ORDER AND NOTICE OF STATUS HEARING ON THE CHAPTER 11 PETITION IN BANKRUPTCY

To: J Kevin Benjamin, Esq., Benjamin Legal Services PLC, 1016 W. Jackson Boulevard, Chicago, IL 60607

IT IS HEREBY ORDERED THAT the Court will hold a status hearing on this **Chapter 11 case** on **August 3, 2021 at 1:00 p.m.**, before the Honorable Jacqueline P. Cox, through Zoom at:

https://www.zoomgov.com  Meeting ID: 1612732896  Passcode: 778135

To join by telephone:  1-669-254-5252 Or 1-646-828-7666

Please take further notice that the Debtor's attendance is required at this hearing.

Date:   July 19, 2021

_____
**Jacqueline P. Cox**
**Bankruptcy Judge**

cc: U.S. Trustee

### Certificate of Mailing

I hereby certify that on July 19, 2021, I caused to be served copies of the above Order and Notice of Status Hearing to the parties listed via the Court's Electronic Notification System upon the entry of this document on the Court's docket.

_____
**Josephine Green**
**Courtroom Deputy**