UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **TOWN & COUNTRY PARTNERS LLC,** | ) | Case No. **21-08430** |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

**NOTICE OF MEETING OF CREDITORS
TO BE CONDUCTED TELEPHONICALLY**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for Thursday, August 19, 2021 at 1:30 p.m. **PLEASE ALSO NOTE THAT THE MEETING WILL BE CONDUCTED TELEPHONICALLY. PARTIES WISHING TO PARTICIPATE IN THE MEETING MUST CALL THE FOLLOWING NUMBER AND ENTER THE FOLLOWING PASSCODE WHEN PROMPTED TO DO SO:**

**Tel. 866-836-2342**
**Passcode:  3148697**

**PARTIES WILL ONLY BE ABLE TO PARTICIPATE IN THE MEETING OF CREDITORS BY PHONE.  NO PERSONAL APPEARANCES ARE PERMITTED.**

PATRICK S. LAYNG
U. S. TRUSTEE

*/s/ Jeffrey L. Gansberg*
Jeffrey L. Gansberg, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3327