# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 21-08430 |
| TOWN & COUNTRY PARTNERS, LLC, | Chapter 11 |
| Debtor. | Honorable Jacqueline P. Cox |

## VERIFIED STATEMENT OF CARLSON DASH, LLC PRUSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

In accordance with Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Carson Dash, LLC ("**Carlson Dash**") counsel for Jordan & Morgan Estates, LLC ("**Jordan & Morgan**") and Sage Workinger ("**Workinger**") (Jordan and Morgan and Workinger are collectively referred to herein as the "**Creditors**"), states the follows:

1. Carlson Dash has been employed to represent the Creditors, whose addresses are listed below, in the above-captioned Chapter 11 case of Town & Country Partners, LLC ("**Debtor**").

Jordan & Morgan Estates, LLC  
826 Old Mountain Rd NW,  
Kennesaw, GA 30152

Sage Workinger  
893 Vanderbilt Beach Road  
Naples, FL 34108

2. Jordan & Morgan Estates, LLC and Sage Workinger both have claims related to the Debtor's breach of a settlement agreement between the parties. The settlement agreement arose out of a case pending in Cook County brought by Jordan & Morgan Estates and Sage Workinger against, among others, the Debtor based on the fraudulent transfer of certain real estate.

3. The Creditors have been fully advised with respect to Carlson Dash's concurrent representation as set forth herein and each such Creditor has agreed to such concurrent representation.

4.　　Carlson Dash does not own, nor has it ever owned, any claim against or interest in the Debtor.

**CARLSON DASH, LLC**

By: s/ Martin J. Wasserman

Martin J. Wasserman ARDC #6294040
CARLSON DASH, LLC
216 S. Jefferson St., Suite 504
Chicago, IL 60661
Telephone: (312) 382-1600
E-mail: mwasserman@carlsondash.com

**VERIFICATION**

I, Martin J. Wasserman, attorney for the Creditors, certify under penalty of perjury that the foregoing Rule 2019 Statement is true and correct to the best of my knowledge, information and belief.

Dated: August 2, 2021　　　　　　　　　　By: /s/ Martin J. Wssserman
　　　　　　　　　　　　　　　　　　　　　　Martin J. Wasserman