**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Town & Country Partners LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-08430** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**  **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Providence Bank & Trust | Business Checking | 8216 | $8,465.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $8,465.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | No Security Deposits are held but there are Security Deposit Credits Only | $66,889.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**  $66,889.00
   Add lines 7 through 8. Copy the total to line 81.

| Debtor | **Town & Country Partners LLC** | Case number *(If known)* **21-08430** |
|---|---|---|
| | Name | |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 268,188.00 | - | 134,094.00 | = .... | $134,094.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 356,496.00 | - | 178,248.00 | =.... | $178,248.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3.**    $312,342.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

| Debtor | **Town & Country Partners LLC** | Case number *(If known)* **21-08430** |
|---|---|---|
| | Name | |

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Town & Country Partners LLC** | | | Case number *(If known)* **21-08430** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Town & Country Apartments: 2400 Dixie Drive & 6021 Canden Court Portage, Porter County, IN 46368, 6021-6055 Canden Ave., Portgage, Indiana 46368-0000.** <br><br> **CANDEN SIDE - 48 UNITS (Four Buildings, 12 Units per Building, 6 Units On Each Side)** <br><br> **6021 CANDEN AVENUE - Units 1 thru 6; 6025 CANDEN AVENUE - Units 1 thru 6; 6031 CANDEN AVENUE - Units 1 thru 6; 6035 CANDEN AVENUE - Units 1 thru 6; 6041 CANDEN AVENUE - Units 1 thru 6; 6045 CANDEN AVENUE - Units 1 thru 6; 6051 CANDEN AVENUE - Units 1 thru 6; 6055 CANDEN AVENUE - Units 1 thru 6** <br><br> **MCASLAND/DIXIE SIDE - 52 UNITS (Thirteen Buildings, Four Units In Each Building)** <br><br> **2378 DIXIE DRIVE - Units A, B, C, D; 2385 DIXIE DRIVE - Units A, B, C, D; 2386 DIXIE DRIVE - Units A, B, C, D; 2391 DIXIE DRIVE - Units A, B, C, D; 2394 DIXIE DRIVE - Units A, B, C, D; 2397 DIXIE DRIVE - Units A, B, C, D; 2400 DIXIE DRIVE - Units A, B, C, D; 6021 MCCASLAND AVENUE - Units A, B, C, D; 6041 MCCASLAND AVENUE - Units A, B, C, D; 6061 MCCASLAND AVENUE - Units A, B, C, D; 6081 MCCASLAND AVENUE - Units A, B,** | Fee simple | Unknown | Appraisal | $10,900,000.00 |

| Debtor | **Town & Country Partners LLC** | Case number (If known) | **21-08430** |
|---|---|---|---|
| | Name | | |

C, D; 6101 MCCASLAND MCCASLAND AVENUE - Units A, B, C, D; 6121 MCCASLAND AVENUE - Units A, B, C, D

**Appraisal Information - Appraised by: Cushman & Wakefield of Illinois for Bank of America 1/8/2021 - Market Value "As Is" $10,900.00.**

---

56. **Total of Part 9.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$10,900,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☒ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☒ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Debtor | Town & Country Partners LLC | Case number (If known) | 21-08430 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Executory Leases with Tenants - see section G,**<br>**Executory Contracts and Unexpired Leases** | **Unknown** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Debtor | **Town & Country Partners LLC** | Case number *(If known)* | **21-08430** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,465.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $66,889.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $312,342.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........>* | | $10,900,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $387,696.00   + 91b. | $10,900,000.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,287,696.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Town & Country Partners LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 21-08430 |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | | |
|---|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| 2.1 | **Toorak Capital Partners**<br>Creditor's Name<br><br>**15 Maple Street**<br>**Summit, NJ 07901**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Town & Country Apartments: 2400 Dixie Drive & 6021 Canden Court Portage, Porter County, IN 46368, 6021-6055 Canden Ave., Portgage, Indiana 46368-0000.**<br><br>**Describe the lien**<br>**First Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $7,200,000.00 | $10,900,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $7,200,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Toorak Capital Partners**<br>**c/o Hammerschmidt, Amaral & Jonas**<br>**137 N. Michigan Street**<br>**South Bend, IN 46601** | Line **2.1** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Town & Country Partners LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 21-08430 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**Bankruptcy Unit**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Town & Country Partners LLC** | Case number (if known) | **21-08430** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**110th & Halsted Credit Union**<br>**c/o Sorman Frankel Ltd**<br>**180 N. LaSalle Street, Suite 2700**<br>**Chicago, IL 60601**<br><br>Date(s) debt was incurred **1/23/2020**<br>Last 4 digits of account number **2175** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Breach of Contract**<br>**110th & Halsted Credit Union v. Tiffany Perkins and Town and Country Partners**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Aaron Harris**<br>**9129 S Paulina Street**<br>**Chicago, IL 60620**<br><br>Date(s) debt was incurred **2020**<br>Last 4 digits of account number **1948** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Purposes - Pro Se Bk 7 of Aaron Harris, dba Tinley Pointe Centre (3rd party fraud)**<br>**dba Town and Country Partners LLC/ Windy City Lock & Key (3rd Party Fraud),dba Warburg Equities LLC (3rd party fraud), U.S. BK Ct. NDI, 20-11948**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Austgen Kuiper Jasaitis P.C.**<br>**130 North Main Street**<br>**Crown Point, IN 46307**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Legal Fees - Notice Purposes**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Cohen Dovitz Makowka**<br>**10729 W. 159th St.**<br>**Orland Park, IL 60467**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Attorneys Fees - Notice Purposes**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**David P. Leibowitz as Trustee for Ch 7 Estate of Aaron Harris**<br>**3438 N Elaine Place, Unit 4**<br>**Chicago, IL 60657**<br><br>Date(s) debt was incurred **2020**<br>Last 4 digits of account number **1948** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trustee for the chapter 7 estate of Aaron Harris, dba Tinley Pointe Centre (3rd party fraud)**<br>**dba Town and Country Partners LLC/ Windy City Lock & Key (3rd Party Fraud),dba Warburg Equities LLC (3rd party fraud), U.S. BK Ct. NDI, 20-11948**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$55,000.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Dynasty Holdings, LLC**<br>**5403 S. LaGrange Road**<br>**Countryside, IL 60525**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$400,000.00** |

Debtor **Town & Country Partners LLC**  
Name

Case number (if known) **21-08430**

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Indian American Water**<br>**650 Madison Street**<br>**Gary, IN 46402**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Water Bill**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| | | $75,000.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Jordan and Morgan Estates**<br>**c/o Carlson Dash**<br>**216 S. Jefferson Street, Suite 504**<br>**Chicago, IL 60661**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| | | $100,000.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Nipsco**<br>**1261 Dakota Street**<br>**Gary, IN 46403**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| | | $100,000.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Pinnacle Asset Management, LLC**<br>**9501 W. 144th Place**<br>**Suite 304**<br>**Orland Park, IL 60462**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Purposes**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| | | $0.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Portgage Utility Services**<br>**6070 Central Avenue**<br>**Portage, IN 46368**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| | | $30,000.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Sage Workinger**<br>**c/o Carlson Dash**<br>**216 S. Jefferson Street, Suite 504**<br>**Chicago, IL 60661**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| | | $175,000.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Triumph Capital Partners LLC**<br>**155 S. Highway 101**<br>**Suite 7**<br>**Solana Beach, CA 92075**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Purposes**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| | | $0.00 |

Debtor **Town & Country Partners LLC**
Name

Case number (if known) **21-08430**

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Warburg Equities LLC**<br>**6101 Canden Avenue**<br>**Portage, IN 46368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Jordan and Morgan Estates**<br>**c/o Carlson Dash**<br>**200 S. Wacker Drive**<br>**Chicago, IL 60606** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jordan and Morgan Estates**<br>**c/o Jason Huff**<br>**826 Old Mountain Rd NW**<br>**Kennesaw, GA 30152** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **M. Gretchen Silver**<br>**U.S. Trustee's Office**<br>**219 S. Dearborn Street, Suite 873**<br>**Chicago, IL 60604** | Line **3.5**<br>☐ Not listed. Explain ____ | **1948** |
| 4.4 | **Sage Workinger**<br>**c/o Carlson Dash**<br>**200 S. Wacker Drive**<br>**Chicago, IL 60606** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 935,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 935,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Town & Country Partners LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-08430** |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **See attached Rent Roll** |
| | State the term remaining | |
| | List the contract number of any government contract | **Rent Roll Attached as Exhibit** |

| Units & Leases | Unit Type | Square Footage | Lease Cost /SF | Primary Tenant | Lease Starts | Lease Ends | Market Rent | Lease Rent | Utility/Parking | Deposits Held |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Portage Rent Roll as of 07/01/2021 | | | | | | |
| (101 leases) | | | | | | | | | | |
| 6021-Apt 1 | 2BED SF 1000 | 1,000 | $1.15 | Nolan, Briel | 3/1/2021 | 2/28/2022 | $1,150.00 | $1,100.00 | $100.00 | $945.00 |
| . Apt 2 | 2BED SF 1000 | 1,000 | $0.95 | Martin, Jacqueline | 1/1/2020 | 12/31/2021 | $1,150.00 | $1,150.00 | $100.00 | $945.00 |
| . Apt 3 | 2BED SF 1000 | 1,000 | $1.05 | Management, Pinnacle Asset | 8/1/2018 | 8/1/2025 | $1,150.00 | $0.00 | $100.00 | $950.00 |
| . Apt 4 | 2BED SF 1000 | 1,000 | $1.15 | Castillo, Veronica(2) | 4/1/2019 | 6/30/2022 | $1,150.00 | $1,150.00 | $100.00 | $945.00 |
| . Apt 5 | 2BED SF 1000 | 1,000 | $1.05 | Pedroso, Anthony | 7/1/2020 | 7/31/2021 | $1,150.00 | $1,150.00 | $100.00 | $1,150.00 |
| . Apt 6 | 2BED SF 1000 | 1,000 | $0.88 | Dwarkadas, Patel | 9/1/2018 | 8/31/2021 | $1,150.00 | $1,150.00 | $100.00 | $300.00 |
| 6025-Apt 1 | 2BED SF 1000 | 1,000 | $0.95 | Harlan, Ron | 3/1/2021 | 2/28/2022 | $1,150.00 | $1,150.00 | $100.00 | $500.00 |
| . Apt 2 | 2BED SF 1000 | 1,000 | $1.15 | Foyer, Sarah | 7/1/2020 | 6/30/2022 | $1,150.00 | $1,150.00 | $100.00 | $1,000.00 |
| . Apt 3 | 2BED SF 1000 | 1,000 | $1.15 | Flemming, Michael | 7/1/2020 | 6/30/2022 | $1,150.00 | $1,150.00 | $100.00 | $500.00 |
| . Apt 4 | 2BED SF 1000 | 1,000 | $0.75 | Huang, Xin | 7/1/2017 | 6/30/2022 | $1,150.00 | $1,025.00 | $100.00 | $700.00 |
| . Apt 5 | 2BED SF 1000 | 1,000 | $0.88 | Tara Sherman | 7/1/2020 | 6/30/2022 | $1,150.00 | $1,150.00 | $100.00 | $1,150.00 |
| . Apt 6 | 2BED SF 1000 | 1,000 | $0.90 | Mendoza, Gabriel | 7/1/2020 | 6/30/2022 | $1,150.00 | $1,150.00 | $100.00 | $1,150.00 |
| 6031-Apt 1 | 2BED SF 1000 | 1,000 | $0.95 | Bolden, Kenesha | 3/1/2021 | 2/28/2022 | $1,150.00 | $1,150.00 | $100.00 | $500.00 |
| . Apt 2 | 2BED SF 1000 | 1,000 | $1.05 | Kaur, Harjit | 4/1/2020 | 4/30/2022 | $1,150.00 | $845.00 | $100.00 | $945.00 |
| . Apt 3 | 2BED SF 1000 | 1,000 | $0.88 | Torres, Paul | 9/15/2018 | 9/30/2021 | $1,150.00 | $925.00 | $100.00 | $1,150.00 |
| . Apt 4 | 2BED SF 1000 | 1,000 | $0.00 | Llyod, Wesley | 10/1/2020 | 9/30/2021 | $1,150.00 | $845.00 | $100.00 | $0.00 |
| . Apt 5 | 2BED SF 1000 | 1,000 | $0.08 | Head, Selina | 1/1/2021 | 12/31/2021 | $1,150.00 | $1,150.00 | $100.00 | $500.00 |
| . Apt 6 | 2BED SF 1000 | 1,000 | $0.46 | PHA_Madry, Erica D | 2/1/2021 | 1/31/2022 | $1,150.00 | $900.00 | $100.00 | $0.00 |
| 6035-Apt 1 | 2BED SF 1000 | 1,000 | $0.95 | Terry, Makala | 8/1/2020 | 7/31/2021 | $1,150.00 | $1,150.00 | $100.00 | $1,150.00 |
| . Apt 2 | 2BED SF 1000 | 1,000 | $1.05 | Gerald Jones | 7/1/2020 | 6/30/2022 | $1,150.00 | $1,050.00 | $100.00 | $1,050.00 |
| . Apt 3 | 2BED SF 1000 | 1,000 | $1.15 | Shudick, Autum | 9/1/2017 | 3/31/2021 | $1,150.00 | $1,150.00 | $100.00 | $875.00 |
| . Apt 4 | 2BED SF 1000 | 1,000 | $0.95 | Guterrez, Viviana | 5/1/2019 | 4/30/2021 | $1,150.00 | $945.00 | $150.00 | $945.00 |
| . Apt 5 | 2BED SF 1000 | 1,000 | $1.15 | Myers, John | 6/1/2019 | 6/30/2021 | $1,150.00 | $945.00 | $150.00 | $945.00 |
| . Apt 6 | 2BED SF 1000 | 1,000 | $0.88 | Thomas, Jasmine | 5/13/2019 | 4/30/2021 | $1,150.00 | $900.00 | $100.00 | $900.00 |
| 6041-Apt 1 | 2BED SF 1000 | 1,000 | $0.88 | Smith, Terry(2) | 9/1/2018 | 8/31/2021 | $1,150.00 | $1,150.00 | $100.00 | $0.00 |
| . Apt 2 | 2BED SF 1000 | 1,000 | $1.15 | Durr, Monicko P. | 3/1/2017 | 2/28/2022 | $1,150.00 | $1,150.00 | $100.00 | $945.00 |
| . Apt 3 | 2BED SF 1000 | 1,000 | $1.15 | Flynn, Kimberly(3) | 3/2/2018 | 2/28/2022 | $1,150.00 | $1,150.00 | $100.00 | $0.00 |
| . Apt 4 | 2BED SF 1000 | 1,000 | $1.15 | Nunnholley, Debra | 3/1/2017 | 2/28/2022 | $1,150.00 | $1,150.00 | $100.00 | $995.00 |
| . Apt 5 | 2BED SF 1000 | 1,000 | $0.88 | Prater, Cecilia (Eviction) | 9/1/2018 | 8/31/2021 | $1,150.00 | $1,150.00 | $100.00 | $875.00 |
| . Apt 6 | 2BED SF 1000 | 1,000 | $0.95 | Huley III, Phillip | 6/1/2019 | 5/30/2021 | $1,150.00 | $1,045.00 | $100.00 | $945.00 |
| 6045-Apt 1 | 2BED SF 1000 | 1,000 | $0.95 | Griffin, Kashae (Eviction) | 6/1/2019 | 5/30/2021 | $1,150.00 | $1,045.00 | $100.00 | $945.00 |
| . Apt 2 | 2BED SF 1000 | 1,000 | $0.88 | Dooley, Morgan(2) | 8/1/2018 | 7/31/2021 | $1,150.00 | $975.00 | $100.00 | $950.00 |
| . Apt 3 | 2BED SF 1000 | 1,000 | $0.05 | PHA-McCoy, Wendy | 10/18/2018 | 9/30/2021 | $1,150.00 | $1,060.00 | $100.00 | $960.00 |
| . Apt 4 | 2BED SF 1000 | 1,000 | $1.05 | Pruitt, JaQuise | 6/1/2019 | 6/30/2021 | $1,150.00 | $1,050.00 | $100.00 | $500.00 |
| . Apt 5 | 2BED SF 1000 | 1,000 | $0.88 | Terrell, Rhekia | 6/1/2019 | 6/30/2021 | $1,150.00 | $1,045.00 | $100.00 | $875.00 |
| . Apt 6 | 2BED SF 1000 | 1,000 | $0.95 | Edwards, Serita | 6/1/2019 | 5/30/2021 | $1,150.00 | $1,045.00 | $100.00 | $945.00 |
| 6051-Apt 1 | 2BED SF 1000 | 1,000 | $1.15 | Stofcik, Melissa | 3/1/2018 | 2/28/2020 | $1,150.00 | $1,150.00 | $100.00 | $500.00 |
| . Apt 2 | 2BED SF 1000 | 1,000 | $0.83 | Chacon, Angelica(2) | 1/1/2020 | 12/31/2021 | $1,150.00 | $1,000.00 | $100.00 | $950.00 |
| . Apt 3 | 2BED SF 1000 | 1,000 | $0.88 | Ochiabutor, Emmanuel | 11/1/2018 | 10/30/2021 | $1,150.00 | $875.00 | $100.00 | $500.00 |
| . Apt 4 | 2BED SF 1000 | 1,000 | $0.88 | Givens, Sheena | 11/15/2020 | 11/14/2021 | $1,150.00 | $1,000.00 | $100.00 | $875.00 |
| . Apt 5 | 2BED SF 1000 | 1,000 | $1.15 | Green, Tiffany | 3/1/2021 | 2/28/2022 | $1,150.00 | $1,150.00 | $100.00 | $300.00 |
| . Apt 6 | 2BED SF 1000 | 1,000 | $0.95 | Mullins, Karen | 3/1/2019 | 2/28/2022 | $1,150.00 | $1,000.00 | $100.00 | $950.00 |

| Unit | Type | SF | Rate | Tenant | Start | End | Rent | Paid | Fee | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 6055-Apt 1 | 2BED SF 1000 | 1,000 | $0.78 | Roedel, Christie | 10/1/2018 | 9/30/2021 | $1,150.00 | $1,150.00 | $100.00 | $500.00 |
| . Apt 2 | 2BED SF 1000 | 1,000 | $0.95 | McClelland, Tyler(2) | 6/1/2018 | 6/30/2022 | $1,150.00 | $1,100.00 | $100.00 | $875.00 |
| . Apt 3 | 2BED SF 1000 | 1,000 | $0.80 | Caliph, Rasul(2) | 8/1/2018 | 7/30/2021 | $1,150.00 | $1,125.00 | $100.00 | $500.00 |
| . Apt 4 | 2BED SF 1000 | 1,000 | $0.80 | Jackson, Cuba | 6/1/2019 | 6/30/2022 | $1,150.00 | $945.00 | $100.00 | $400.00 |
| . Apt 5 | 2BED SF 1000 | 1,000 | $0.73 | Hoover, Connie | 7/1/2017 | 6/30/2021 | $1,150.00 | $1,100.00 | $100.00 | $330.00 |
| . Apt 6 | 2BED SF 1000 | 1,000 | $0.85 | Wickens, Gayle(2) | 11/1/2018 | 10/31/2021 | $1,150.00 | $975.00 | $100.00 | $500.00 |
| Building 2378-Unit A | 2-BED SF 950 | 950 | $0.87 | Green, Antoinette | 11/1/2018 | 10/31/2021 | $1,050.00 | $1,050.00 | $100.00 | $500.00 |
| . Unit B | 2-BED SF 950 | 950 | $0.84 | Bell, Steven(3) | 6/1/2019 | 6/30/2021 | $1,050.00 | $925.00 | $100.00 | $500.00 |
| . Unit C | 2-BED SF 950 | 950 | $0.92 | Camacho, Stacy | 5/1/2019 | 5/30/2022 | $1,050.00 | $875.00 | $100.00 | $775.00 |
| . Unit D | 2-BED SF 950 | 950 | $0.89 | Wates, Richard | 6/1/2019 | 5/30/2021 | $1,050.00 | $925.00 | $100.00 | $845.00 |
| Building 2385-Unit A | 2-BED SF 950 | 950 | $1.11 | Espinoza, Carlos | 6/1/2019 | 5/30/2021 | $1,050.00 | $1,075.00 | $100.00 | $775.00 |
| . Unit B | 2-BED SF 950 | 950 | $0.84 | Thomas, Rosinko | 6/1/2019 | 5/30/2021 | $1,050.00 | $925.00 | $100.00 | $800.00 |
| . Unit C | 2-BED SF 950 | 950 | $1.11 | Wood, Ross | 3/1/2017 | 2/28/2021 | $1,050.00 | $1,050.00 | $100.00 | $845.00 |
| . Unit D | 2-BED SF 950 | 950 | $1.11 | Kelly, Aaron | 2/1/2021 | 1/31/2022 | $1,050.00 | $1,050.00 | $100.00 | $500.00 |
| Building 2386-Unit A | 2-BED SF 950 | 950 | $0.00 | PHA-Noble, Dashauna | 10/18/2018 | 9/30/2022 | $1,050.00 | $1,050.00 | $50.00 | $0.00 |
| . Unit B | 2-BED SF 950 | 950 | $0.84 | Cole, Deborah | 11/1/2016 | 12/31/2022 | $1,050.00 | $950.00 | $100.00 | $400.00 |
| . Unit C | 2-BED SF 950 | 950 | $0.89 | Glover, Eric | 8/1/2018 | 7/31/2022 | $1,050.00 | $1,050.00 | $100.00 | $0.00 |
| . UNit D | 2-BED SF 950 | 950 | $1.11 | Sanchez, Jose | 1/1/2018 | 12/31/2022 | $1,050.00 | $1,050.00 | $100.00 | $99.00 |
| Building 2391-Unit A | 2-BED SF 950 | 950 | $0.82 | Lowe, Jennifer | 10/1/2017 | 10/31/2022 | $1,050.00 | $1,050.00 | $100.00 | $775.00 |
| . Unit B | 2-BED SF 950 | 950 | $0.17 | PHA_Illyes, Phyllis | 1/1/2019 | 12/31/2022 | $1,050.00 | $1,000.00 | $100.00 | $0.00 |
| . Unit C | 2-BED SF 950 | 950 | $0.89 | Camarena, Christine | 7/1/2018 | 6/30/2022 | $1,050.00 | $1,050.00 | $100.00 | $845.00 |
| . Unit D | 2-BED SF 950 | 950 | $1.21 | Terry, Makiah | 8/1/2020 | 7/31/2021 | $1,050.00 | $1,050.00 | $100.00 | $500.00 |
| Building 2394-Unit A | 2-BED SF 950 | 950 | $0.87 | Donnelly, Jennifer | 2/1/2019 | 1/31/2022 | $1,050.00 | $825.00 | $100.00 | $825.00 |
| . Unit B | 2-BED SF 950 | 950 | $0.89 | Phillips, Bernard | 6/1/2019 | 5/30/2022 | $1,050.00 | $945.00 | $100.00 | $450.00 |
| . Unit C | 2-BED SF 950 | 950 | $0.89 | Sanchez, Macy | 6/1/2019 | 5/30/2022 | $1,050.00 | $945.00 | $100.00 | $845.00 |
| . Unit D | 2-BED SF 950 | 950 | $1.11 | Dickerson, Melissa | 3/1/2018 | 2/28/2022 | $1,050.00 | $1,050.00 | $100.00 | $845.00 |
| Building 2397-Unit A | 2-BED SF 950 | 950 | $0.03 | PHA-Fowler, Maria Y | 10/1/2018 | 9/30/2022 | $1,050.00 | $1,050.00 | $50.00 | $675.00 |
| . Unit B | 2-BED SF 950 | 950 | $0.72 | Roldan, Catalina | 10/1/2018 | 9/30/2022 | $1,050.00 | $1,050.00 | $100.00 | $500.00 |
| . Unit C | 2-BED SF 950 | 950 | $0.89 | White, Alexis | 6/1/2019 | 5/30/2021 | $1,050.00 | $945.00 | $100.00 | $845.00 |
| . Unit D | 2-BED SF 950 | 950 | $0.99 | Scott, Sonya | 4/1/2018 | 1/31/2021 | $1,050.00 | $945.00 | $100.00 | $845.00 |
| Building 2400-Laundry Facility | | 850 | $0.00 | Laundry, Coin | 8/1/2018 | 8/1/2025 | $0.00 | $0.00 | | $0.00 |
| . Unit A | 2-BED SF 950 | 950 | $1.11 | Osenkarski, Joseph | 4/1/2018 | 3/31/2021 | $1,050.00 | $1,050.00 | $100.00 | $845.00 |
| . Unit B | 2-BED SF 950 | 950 | $1.00 | Branden, Anthony | 3/1/2019 | 2/29/2021 | $1,050.00 | $950.00 | $100.00 | $950.00 |
| . Unit C | 2-BED SF 950 | 950 | $0.92 | Roedel, Cristie | 9/1/2017 | 1/31/2022 | $1,050.00 | $877.00 | $100.00 | $775.00 |
| . Unit D | 2-BED SF 950 | 950 | $0.00 | PHA_Hale, Alyssa R | 2/1/2019 | 1/31/2022 | $1,050.00 | $775.00 | $50.00 | $1,050.00 |
| Building 6021-Unit A | 1BED SF 800 | 800 | $1.44 | Vacant | | | $1,050.00 | $0.00 | $0.00 | $0.00 |
| . Unit B | 1BED SF 800 | 800 | $0.00 | Vacant | | | $1,050.00 | $0.00 | $0.00 | $0.00 |
| . Unit C | 1BED SF 800 | 800 | $0.00 | Vacant | | | $1,050.00 | $0.00 | $100.00 | $1,050.00 |
| . Unit D | 1BED SF 800 | 800 | $1.44 | Vacant | | | $1,050.00 | $0.00 | $0.00 | $0.00 |
| Building 6041-Unit A | 2-BED SF 950 | 950 | $0.89 | McAtee, JoAndra | 7/1/2018 | 5/30/2022 | $1,050.00 | $1,050.00 | $100.00 | $945.00 |
| . Unit B | 2-BED SF 950 | 950 | $0.71 | Santos, Santiago(2) | 10/1/2018 | 9/30/2022 | $1,050.00 | $1,050.00 | $100.00 | $675.00 |
| . Unit C | 2-BED SF 950 | 950 | $0.84 | Norwood, Jacorey | 9/1/2018 | 8/31/2022 | $1,050.00 | $1,050.00 | $100.00 | $800.00 |
| . Unit D | 2-BED SF 950 | 950 | $0.00 | PHA - Mans, Chakia L | 8/22/2018 | 8/31/2022 | $1,050.00 | $1,050.00 | $100.00 | $800.00 |
| Building 6061-Unit A | 2-BED SF 950 | 950 | $0.10 | PHA-McKenzie, Laura | 11/1/2018 | 10/31/2022 | $1,050.00 | $1,050.00 | $100.00 | $760.00 |
| . Unit B | 2-BED SF 950 | 950 | $1.21 | Huizar, Marcela | 1/1/2001 | 12/31/2021 | $1,050.00 | $1,050.00 | $0.00 | $500.00 |
| . Unit C | 2-BED SF 950 | 950 | $0.00 | PHA - Peavy, Jacqueline | 3/1/2019 | 2/28/2022 | $1,050.00 | $775.00 | $100.00 | $500.00 |
| . Unit D | 2-BED SF 950 | 950 | $0.00 | Mary Scott | 8/1/2020 | 7/31/2021 | $1,050.00 | $0.00 | $100.00 | $1,050.00 |
| Building 6081-Unit A | 1BED SF 800 | 800 | $0.88 | Martinez, Joel L | 10/15/2018 | 10/14/2022 | $1,050.00 | $1,050.00 | $100.00 | $700.00 |
| . Unit B | 1BED SF 800 | 800 | $0.21 | PHA-Williams, Eric | 11/14/2018 | 10/31/2022 | $1,050.00 | $1,050.00 | $100.00 | $500.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| . Unit C | 1BED SF 800 | 800 | $0.88 | Burton, Shunda | 1/15/2019 | 1/14/2021 | $1,050.00 | $900.00 | $100.00 | $500.00 |
| . Unit D | 1BED SF 800 | 800 | $0.94 | Bolden, Ashley | 10/15/2018 | 10/14/2022 | $1,050.00 | $1,050.00 | $100.00 | $750.00 |
| Building 6101-Unit A | 2-BED SF 950 | 950 | $0.89 | Spicker, Jessica | 1/1/2018 | 12/31/2022 | $1,050.00 | $945.00 | $100.00 | $845.00 |
| . Unit B | 2-BED SF 950 | 950 | $0.84 | Parks, Clayton | 11/1/2016 | 12/31/2021 | $1,050.00 | $800.00 | $100.00 | $300.00 |
| . Unit C | 2-BED SF 950 | 950 | $0.82 | Fink, Mary | 10/1/2018 | 9/30/2022 | $1,050.00 | $1,050.00 | $100.00 | $775.00 |
| . Unit D | 2-BED SF 950 | 950 | $0.84 | Boomsma, Robert(2) | 9/15/2018 | 9/30/2022 | $1,050.00 | $1,050.00 | $100.00 | $675.00 |
| Building 6121-Unit A | 2-BED SF 950 | 950 | $0.89 | Lark, Sylvester | 10/1/2017 | 9/30/2022 | $1,050.00 | $1,050.00 | $100.00 | $845.00 |
| . Unit B | 2-BED SF 950 | 950 | $1.11 | Shultz, Brent(2) | 3/1/2017 | 2/28/2021 | $1,050.00 | $1,100.00 | $100.00 | $300.00 |
| . Unit C | 2-BED SF 950 | 950 | $0.82 | Jacobs, Maynard(2) | 11/1/2020 | 10/31/2021 | $1,050.00 | $1,050.00 | $100.00 | $0.00 |
| . Unit D | 2-BED SF 950 | 950 | $0.89 | Harris, Kelly(2) | 6/1/2019 | 5/30/2022 | $1,050.00 | $925.00 | $100.00 | $700.00 |
| | | | | | | | | | | |
| **Totals** | | 97,050 | | | | | $109,800.00 | $96,642.00 | $9,550.00 | $66,889.00 |

| | Rent | Units | | Square | Footage | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | $109,800.00 | 100 | 100% | 97,050 | 100% | | | | | |
| Occupied | $96,642.00 | 95 | 95.00% | 92,850 | 95.00% | | | | | |
| Preleased | $0.00 | 0 | 0.00% | 0 | 0.00% | | | | | |
| Vacant | $7,446.00 | 5 | 5.00% | 4,200 | 5.00% | | | | | |

**Fill in this information to identify the case:**

Debtor name: **Town & Country Partners LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **21-08430**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |