8/19/21 10:45AM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Town & Country Partners LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-08430** |

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 19, 2021**       X /s/ Gregory Perkins
08 / 19 / 2021                              Signature of individual signing on behalf of debtor

**Gregory Perkins**
Printed name

**Independent Manager**
Position or relationship to debtor

8/19/21 10:45AM

**Fill in this information to identify the case:**

Debtor name: Town & Country Partners LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known): 21-08430

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 110th & Halsted Credit Union c/o Sorman Frankel Ltd 180 N. LaSalle Street, Suite 2700 Chicago, IL 60601 | | Breach of Contract 110th & Halsted Credit Union v. Tiffany Perkins and Town and Country Partners | Disputed | | | $0.00 |
| David P. Leibowitz as Trustee for Ch 7 Estate of Aaron Harris 3438 N Elaine Place, Unit 4 Chicago, IL 60657 | | Trustee for the chapter 7 estate of Aaron Harris, dba Tinley Pointe Centre (3rd party fraud) dba Town and Country Partners LLC/ Windy City Lock & Key | Contingent Disputed | | | $55,000.00 |
| Dynasty Holdings, LLC 5403 S. LaGrange Road Countryside, IL 60525 | | | | | | $400,000.00 |
| Indian American Water 650 Madison Street Gary, IN 46402 | | Water Bill | | | | $75,000.00 |
| Jordan and Morgan Estates c/o Carlson Dash 216 S. Jefferson Street, Suite 504 Chicago, IL 60661 | | | Disputed | | | $100,000.00 |
| Nipsco 1261 Dakota Street Gary, IN 46403 | | | | | | $100,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Doc ID: 2014a72be23fb17248afd47f8e9fdde0822743c2

8/19/21 10:45AM

| Debtor | Town & Country Partners LLC | | | Case number (if known) | 21-08430 | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Portage Utility Services<br>6070 Central Avenue<br>Portage, IN 46368 | | | | | | $30,000.00 |
| Sage Workinger<br>c/o Carlson Dash<br>216 S. Jefferson Street, Suite 504<br>Chicago, IL 60661 | | | Disputed | | | $175,000.00 |

Doc ID: 2014a72be23fb17248afd47f8e9fdde0822743c2