| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Town & Country Partners LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-08430** |

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**   **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Providence Bank & Trust | Business Checking | 8216 | $8,465.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $8,465.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | None | $0.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**    $0.00
   Add lines 7 through 8. Copy the total to line 81.

---

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property         page 1

| Debtor | **Town & Country Partners LLC** | Case number *(If known)* **21-08430** |
|---|---|---|
| | Name | |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **268,188.00** | - | **134,094.00** | =.... | **$134,094.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **356,496.00** | - | **178,248.00** | =.... | **$178,248.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**                                                                                               **$312,342.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

Debtor  **Town & Country Partners LLC**  Case number *(If known)* **21-08430**
        Name

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

| Debtor | **Town & Country Partners LLC** | | Case number *(If known)* | **21-08430** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Town & Country Apartments: 2400 Dixie Drive & 6021 Canden Court Portage, Porter County, IN 46368, 6021-6055 Canden Ave., Portgage, Indiana 46368-0000.** | Fee simple | Unknown | Appraisal | $10,900,000.00 |
| | **CANDEN SIDE - 48 UNITS (Four Buildings, 12 Units per Building, 6 Units On Each Side)** | | | | |
| | **6021 CANDEN AVENUE - Units 1 thru 6; 6025 CANDEN AVENUE - Units 1 thru 6; 6031 CANDEN AVENUE - Units 1 thru 6; 6035 CANDEN AVENUE - Units 1 thru 6; 6041 CANDEN AVENUE - Units 1 thru 6; 6045 CANDEN AVENUE - Units 1 thru 6; 6051 CANDEN AVENUE - Units 1 thru 6; 6055 CANDEN AVENUE - Units 1 thru 6** | | | | |
| | **MCASLAND/DIXIE SIDE - 52 UNITS (Thirteen Buildings, Four Units In Each Building)** | | | | |
| | **2378 DIXIE DRIVE - Units A, B, C, D; 2385 DIXIE DRIVE - Units A, B, C, D; 2386 DIXIE DRIVE - Units A, B, C, D; 2391 DIXIE DRIVE - Units A, B, C, D; 2394 DIXIE DRIVE - Units A, B, C, D; 2397 DIXIE DRIVE - Units A, B, C, D; 2400 DIXIE DRIVE - Units A, B, C, D; 6021 MCCASLAND AVENUE - Units A, B, C, D; 6041 MCCASLAND AVENUE - Units A, B, C, D; 6061 MCCASLAND AVENUE - Units A, B, C, D; 6081 MCCASLAND AVENUE - Units A, B,** | | | | |

| Debtor | Town & Country Partners LLC | Case number (If known) | 21-08430 |
|---|---|---|---|
| | Name | | |

> C, D; 6101 MCCASLAND MCCASLAND AVENUE - Units A, B, C, D; 6121 MCCASLAND AVENUE - Units A, B, C, D
>
> Appraisal Information - Appraised by: Cushman & Wakefield of Illinois for Bank of America 1/8/2021 - Market Value "As Is" $10,900.00.

56. **Total of Part 9.** — **$10,900,000.00**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor    **Town & Country Partners LLC**                         Case number *(If known)*    **21-08430**
       Name

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Executory Leases with Tenants - see section G,**<br>**Executory Contracts and Unexpired Leases** | **Unknown** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Debtor | **Town & Country Partners LLC** | Case number *(If known)* **21-08430** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,465.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $312,342.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......>* | | $10,900,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $320,807.00 + 91b. | $10,900,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,220,807.00 |