UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **TOWN & COUNTRY PARTNERS LLC,** | ) | Case No. **21-08430** |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, October 26, 2021, at 1:00 p.m.**, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, and present the **U.S. Trustee's Application to Approve the Appointment of a Chapter 11**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

*/s/ Jeffrey L. Gansberg*
Jeffrey L. Gansberg, Trial Attorney
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3327

1

## CERTIFICATE OF SERVICE

I, Jeffrey L. Gansberg, an attorney, certify under penalty of perjury that I caused a copy of this notice, attached motion and proposed order to be served on each entity shown on the attached service list at the address shown and by the method indicated on October 19, 2021.

*Jeffrey L. Gansberg*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**
J Kevin Benjamin     attorneys@benjaminlaw.com
Theresa S. Benjamin    theresa@benjaminlaw.com
Trinitee G. Green    tggreen@polsinelli.com
Jerry L Switzer    jswitzer@polsinelli.com
Martin J Wasserman    mwasserman@carlsondash.com

**Parties Served via First Class Mail:**

Town & Country Partners LLC
9501 W. 144th Place
Suite 304
Orland Park, IL 60462

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | | Chapter 11 |
| ) | | |
| **TOWN & COUNTRY PARTNERS LLC,** ) | | Case No. **21-08430** |
| ) | | |
| Debtor. ) | | Honorable Jacqueline P. Cox |

**APPLICATION TO APPROVE THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

Patrick S. Layng, the United States Trustee for Region 11 (the "U.S. Trustee"), by his attorneys, Jeffrey L. Gansberg, respectfully requests that this Court enter an order approving the appointment of a Chapter 11 Trustee in the case of Town & Country Partners LLC (the "Debtor"). In support of his request, the U.S. Trustee states as follows:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Bankruptcy Rule 9013-9.

2. The U.S. Trustee files this Application pursuant to Fed. R. Bankr. P. 2007.1(c).

## BACKGROUND

3. On July 14, 2021, Town & Country Partners LLC (the "Debtor") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4. On October 12, 2021, after notice and a hearing, the Court entered an order granting the U.S. Trustee's Motion to Appoint Trustee. *See* Dkt. No. 56.

1

5.     As required under Rule 2007.1(c), the U.S. Trustee consulted with the following parties in interest, or their counsel, regarding the appointment of a Chapter 11 Trustee:

- the Debtor
- Toorak Capital Partners
- David Leibowitz, not individually but solely as the chapter 7 trustee for the estate of Aaron Harris
- Sage Workinger
- Jordan and Morgan Estates

6.     Subject to the Court's approval, the U.S. Trustee has appointed N. Neville Reid (the "Appointee"), a disinterested person, to serve as trustee in this case.

7.     To the best of the U.S. Trustee's knowledge, all of the Appointee's connections with the Debtor, creditors, other parties in interest, their respective attorneys, the Court, the U.S. Trustee, and his employees are set forth in the Appointee's verified statement. The Appointee's verified statement is attached hereto as Exhibit A.

8.     To the best of the U.S. Trustee's knowledge, the Appointee has no connection with the Court or the U.S. Trustee which will render the approval of the appointment improper. The Appointee is a member of the panel of chapter 7 trustees in the Northern District of Illinois.

**WHEREFORE**, the U.S. Trustee requests that the Court enter an order approving the appointment of N. Neville Reid as the Chapter 11 Trustee in this case.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: October 19, 2021       By: */s/ Jeffrey L. Gansberg*
                                                          Jeffrey L. Gansberg, Trial Attorney
                                                          Office of the United States Trustee
                                                          219 South Dearborn, Room 873
                                                          Chicago, Illinois 60604
                                                          (312) 886-3327