# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 21-8430 |
| TOWN & COUNTRY PARTNERS LLC., | ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| | ) | |

## DECLARATION OF DISINTERESTEDNESS OF N. NEVILLE REID IN SUPPORT OF HIS APPOINTMENT AS CHAPTER 11 TRUSTEE

The undersigned, N. NEVILLE REID, being first duly sworn on oath, deposes and states as follows:

1. I have been advised of my proposed appointment to serve as Trustee in the matter of Town & Country Partners LLC (the "Debtor"), Case No. 21-8430, a Chapter 11 case now pending in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2. I am an attorney at law, licensed to practice in the State of Illinois, and before (i) the United States District Court and the United States Bankruptcy Court for the Northern District of Illinois, and (ii) the United States Court of Appeals for the Seventh Circuit.

3. I maintain an office for the practice of law at 200 West Madison Street, Suite 3000, Chicago, IL 60606.

4. I am a member of the Panel of Trustees established by the United States Trustee for the Northern District of Illinois.

5. During the course of my legal career, I have acted as a Chapter 7 Trustee (including to operate businesses under Section 721 of the Bankruptcy Code) and a federal court-appointed receiver. I am currently serving as the receiver in the *Northridge Holdings, Ltd.* case, involving

**UST EXHIBIT A**

the management and liquidation of roughly $80 million of real estate, pending here in the United States District Court for the Northern District of Illinois, Eastern Division, under Case No. 19-cv-05957. I have also acted as an attorney for Chapter 7 Trustees and receivers, and have generally represented a wide array of clients in nearly every aspect of insolvency or bankruptcy matters for 31 years. In 2020-2021, I served as the President of the National Association of Bankruptcy Trustees.

6. To the best of my knowledge, information and belief, neither myself, nor a member of my law firm known as FOX SWIBEL LEVIN & CARROLL, LLP, (i) represents any interest adverse to the estate of the Debtor or (ii) is a creditor or equity security holder in or of the Debtor.

7. To the best of my knowledge, information and belief, neither myself, nor a member of my law firm, is related to the Debtor, its attorneys, its accountants, nor any other party in interest.

8. To the best of my knowledge, information and belief, neither myself, nor any member of my law firm, holds any interest or represents any interest, or is related to, in any manner, the United States Trustee in this District or any of his employees, or any individual serving in any capacity as either United States Trustee or Assistant United States Trustee in any other District, with the exception that I am and will continue to be a member of the Panel of Trustees appointed for this District.

9. As a result of the foregoing statements and to the best of my knowledge, information and belief, the undersigned and other members of my law firm are disinterested persons, as that term is defined in Section 101(14) of Title 11, §101 et. seq.

UST EXHIBIT A

10. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
N. NEVILLE REID

N. Neville Reid (ARDC #6195837)
Fox Swibel Levin & Carroll, LLP
200 West Madison Street
Suite 3000
Chicago, IL 60606
312-224-1200

3

# UST EXHIBIT A