Form G-8

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re            )
                 )
                 )        Bankruptcy No. _____
                 )
         Debtor. )        Chapter        _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:   $_____

Amount of Expense Reimbursement Sought:   $_____

This is an:        Interim Application _____        Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated:  _____        _____
                                                        (Counsel)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 21-08430 |
| Town & Country Partners LLC, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | **Date: December 21, 2021** |
| | ) | **Time: 1:00 p.m.** |

### NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF FOX SWIBEL LEVIN & CARROLL LLP, FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE PERIOD OCTOBER 26, 2021 THROUGH NOVEMBER 24, 2021; (II) AUTHORIZING PAYMENT OF UNPAID FEES; AND <u>(III) SHORTENING AND LIMITING NOTICE</u>

TO:   **SEE ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that on **Tuesday, December 21, 2021 at 1:00 p.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox, or any judge sitting in her stead, and present the **First Interim Application of Fox Swibel Levin & Carroll LLP, for an Order (I) Allowing an Administrative Claim For Compensation for the Period October 26, 2021 Through November 24, 2021, (II) Authorizing Payment of Unpaid Fees, and (III) Shortening and Limiting Notice**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web** page go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of

Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

Dated: December 1, 2021

**N. Neville Reid, not individually, but solely in his capacity as the chapter 11 trustee for the bankruptcy estate of Town & Country Partners LLC**

By:   */s/ N. Neville Reid*
Fox Swibel Levin & Carroll LLP,
General Bankruptcy Counsel to
the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

# CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on or before December 1, 2021, I caused a copy of the foregoing **Notice of Hearing on First Interim Application of Fox Swibel Levin & Carroll LLP, for an Order (I) Allowing an Administrative Claim For Compensation for the Period October 26, 2021 Through November 24, 2021, (II) Authorizing Payment of Unpaid Fees, and (III) Shortening and Limiting Notice**, to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system, and as otherwise indicated.

*/s/ N. Neville Reid*
N. Neville Reid

# SERVICE LIST

Patrick S Layng, *U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

2

4274064 v1 - 08036 / 013

Jeffrey L. Gansberg, *Office of the U.S. Trustee*
jeffrey.l.gansberg@usdoj.gov

J Kevin Benjamin, Esq., *Counsel to the Debtor*
attorneys@benjaminlaw.com

Theresa S. Benjamin, Esq., *Counsel to the Debtor*
theresa@benjaminlaw.com

Trinitee G. Green, *Counsel to Creditor Toorak Capital Partners, LLC*
tggreen@polsinelli.com

Jerry L Switzer, *Counsel to Creditor Toorak Capital Partners, LLC*
jswitzer@polsinelli.com

Martin J Wasserman, *Counsel to Creditors Jordan & Morgan Estates LLC and Sage Workinger*
mwasserman@carlsondash.com

**Party to receive notice via postage-prepaid first-class U.S. mail:**

**Town & Country Partners LLC**
9501 W. 144th Place
Suite 304
Orland Park, IL 60462

**Creditors who have filed a Proof of Claim *via U.S. Mail***

| | |
|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Toorak Capital Partners LLC<br>c/o Trinitee G. Green<br>Polsinelli PC<br>150 N. Riverside Plaza, Suite 3000 |
| Jordan and Morgan Estates<br>c/o Jason Huff<br>826 Old Mountain Rd NW<br>Kennesaw, GA 30152 | Sage Workinger<br>Martin J Wasserman /Carlson Dash<br>216 S. Jefferson Street, Suite 504<br>Chicago, IL 60661 |
| Indian American Water<br>650 Madison Street<br>Gary, IN 46402 | Northern Indiana Public Service Company<br>NIPSCO<br>801 E. 86th Ave<br>Merrillville, IN 46410 |
| Porter County Treasurer<br>155 Indiana Ave Suite 209<br>Valparaiso, IN 46383 | |

3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | **)** | Chapter 11 |
| | **)** | Case No. 21-08430 |
| Town & Country Partners LLC, | **)** | |
| | **)** | Hon. Jacqueline P. Cox |
| Debtor. | **)** | |
| | **)** | Date:  December 21, 2021 |
| | **)** | Time:  1:00 p.m. |

**FIRST INTERIM APPLICATION OF FOX SWIBEL LEVIN & CARROLL LLP,
FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR
COMPENSATION FOR THE PERIOD OCTOBER 26, 2021
THROUGH NOVEMBER 24, 2021; (II) AUTHORIZING
PAYMENT OF UNPAID FEES; AND
<u>(III) SHORTENING AND LIMITING NOTICE</u>**

Fox Swibel Levin & Carroll LLP ("<u>FSLC</u>"), general counsel to N. Neville Reid, not individually, but solely in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") for the bankruptcy estate (the "<u>Estate</u>") of Town & Country Partners LLC (the "<u>Debtor</u>"), pursuant to Sections 330 and 331 of the Bankruptcy Code and Rules 2002(h) and 9006(c) of the Federal Rules of Bankruptcy Procedure ("<u>FRBP</u>")  files this application ("<u>Application</u>") for an order (i) allowing an administrative claim for compensation for fees in the amount of $23,043.50 (the "<u>Requested Compensation</u>")[1] incurred during the period of October 26, 2021 through November 24, 2021 (the "<u>Application Period</u>");  (ii) authorizing the Trustee to pay FSLC the Requested Compensation incurred during the Application Period; and (iii) limiting creditor notice to those

---

[1] FSLC incurred a total of $9,125 in legal fees for this case for the period preceding the October 26, 2021 date that the Trustee was appointed to this case, counseling the Trustee on legal issues that would likely arise upon his possible appointment and helping him to develop a strategy to adequately address the same (the "Pre-Appointment Time").  FSLC has not included that time herein on the possible objection that it is outside the scope of Section 327 of the Bankruptcy Code since it preceded the appointment; however, the Trustee and FSLC believe the Pre-Appointment Time did benefit the Estate, was necessary to preserve or maximize Estate assets and therefore should be recovered at least as an administrative expense if not under the intent and purpose of Section 327.  FSLC therefore reserves the right to recover the Pre-Appointment Time through a separate application or motion that may be set to be heard concurrently herewith.

creditors that filed proofs of claim herein, and shortening notice hereof by one day to 20 days. For its Application, FSLC respectfully states the following:

## INTRODUCTION

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code" or the "Code"), FRBP 2016 and 9006(c) and 2002(h), and Local Rule 5082-1 of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3. On July 14, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

4. On October 26, 2021, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid [Dkt. 58] as the Trustee for the Estate.

5. On November 2, 2021, the Court entered an order granting the application to Employ FSLC as General Bankruptcy Counsel to the Trustee retroactive to October 26, 2021.

6. During the Application Period, as more specifically described below, FSLC was actively engaged in each aspect of this bankruptcy case on behalf of the Trustee and the Estate, which included administration of the Estate through the retention of a property management firm, a broker, an accountant and counsel; analyzing and resolving legal issues related to cash collateral, including the priority and perfection of the secured creditor's lien filed herein;

assessing and negotiating the possible terms of a DIP financing facility; and developing a general strategy for maximizing the value of the property of the estate and a related timetable to effect the optimal disposition of estate property.

7. Pursuant to FRBP 2016, FSLC hereby reiterates[2] that (i) none of the Previous Compensation has been shared by FSLC with any person or entity, and (ii) no agreement exists between FSLC and any other person or entity to share any of the Requested Compensation (or any future compensation of FSLC herein) with any person or entity, in each case excluding FSLC personnel (including attorneys, paralegals and employees).

## REQUESTED RELIEF

8. FSLC files this Application to be allowed an interim administrative claim for its unpaid fees and expenses for work performed on behalf of the Trustee during the Application Period, and to authorize the Trustee to pay FSLC the Requested Compensation.

9. Attached as Exhibit A to this Application is a schedule of the name and position of each attorney and paralegal who has performed work for the Trustee for which reimbursement is sought, the number of hours billed by each professional and his/her hourly billing rate, as well as the year each attorney graduated from law school and was admitted to practice in Illinois.

10. Attached as Group Exhibit B to this Application are the detailed chronological FSLC time entries by task, describing the actual, necessary services rendered and time expended for work performed on behalf of the Trustee during the Application Period, consisting of the following categories: (B-1) Creditor Claim Analysis (General), (B-2) General Case Administration, (B-3) Professional Retention, and (B-4) Creditor Correspondence and Dialogue. While there are some categories which overlap in subject matter, there is no duplication of time

---

[2] FSLC made a similar non-sharing representation in paragraph 13 of the Declaration of Ryan Schultz in support of FSLC's application to be retained as general counsel to the Trustee [Dkt. 59].

3

entries between categories.

## PROFESSIONAL SERVICES RENDERED

11. During the Application Period, and as more specifically delineated on Group Exhibit B hereto, FSLC performed the following services on behalf of the Trustee:

   A. *Creditor Claim Analysis* (B-1 in Group Exhibit B): This category includes time billed for (i) reviewing the Proof of Claim filed by the secured creditor Toorak Capital Partners LLC herein (including the promissory note and mortgage exhibits) (the "Secured Creditor"); (ii) obtaining and reviewing title reports related thereto; and (iii) providing analysis of the aforementioned to the Trustee.

   [The tasks in this category account for $1,605.00, or 3.0 hours of the Requested Compensation.]

   B. *General Case Administration* (B-2 in Group Exhibit B): This category includes time billed for (i) discussions with the Trustee's property manager, 33 Realty, as to a workable cash management system and budget preparation; (ii) conferences with secured lender's counsel and review on their proposed interim cash collateral order; (iii) conferences related to potential DIP financing; (iv) drafting, editing and revising a proposed cash collateral and DIP financing order; and (v) providing general overall case status updates for the Trustee, including open projects, timetables, priority among miscellaneous projects and related matters.

   [The tasks in this category account for $15,470.50, or 29.4 hours of the Requested Compensation.]

   C. *Professional Retention* (B-3 in Group Exhibit B): This category includes

4

time spent preparing and attending hearings on retention applications for FSLC as general bankruptcy counsel, Kutchins Robbins & Diamond as tax accountants and 33 Realty as property manager and broker.

[The tasks in this category account for $5,857.00, or 12.8 hours of the Requested Compensation.]

D.    *Creditor Correspondence and Dialogue* (<u>B-4 in Group Exhibit B</u>): FSLC incurred time on discussing case with secured lender.

[The tasks in this category account for $111.00, or 0.3 hours of the Requested Compensation.]

## **APPROPRIATENESS OF FEES**

12.    The total amount of allowed fees sought by FSLC for professional services in this Application is $23,043.50.

13.    The professional services provided by FSLC to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case and were in the best interests of the Estate.  Those services benefitted the Estate, including by enabling the Trustee to reach an agreement with the Secured Creditor regarding use of cash collateral and the provision of DIP financing that will help cover expenses of managing the Estate (including its main asset, workforce housing in Portage, Indiana).  FSLC undertook all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

14.    FSLC's fees are recorded in a computerized time record system, from which the billing records attached to this Application were generated.  FSLC has reviewed the billing records to ensure their accuracy.

5

15. FSLC's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among attorneys and paralegals for the work performed.

16. FSLC's requested fees are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Estate.

### FSLC EXPENSE POLICIES; NOTICE

17. FSLC charges clients for actual out-of-pocket expenses it incurs on their behalf such as travel, postage, outside copying costs, outside vendor costs, and court fees. FSLC typically does not charge for internal photocopying costs or phone charges, and no such expenses are sought in this application.

### NOTICE

18. Twenty (20) days' notice of this Application has been given to all creditors who filed a proof of claim in the case. Rule 2002(h) permits the limitation of the "all creditor" service list to those creditors who filed proofs of claim herein. Since non-filing creditors are not entitled to any distribution in this case, FSLC submits that no further notice hereof to other creditors should be necessary. FSLC further requests that the required 21 day notice period for fee applications be reduced by one day (to 20 days) to allow this matter to be heard in 2021. A one day reduction will not be prejudicial to a potential objecting party in that the party will still have nearly three weeks to review a short, straightforward fee application; yet, allowing this application to be heard in 2021 will lessen the burden on FSLC for carrying a receivable that the estate is expected to be able to pay and for services which benefitted the estate.

WHEREFORE, FSLC requests entry of an order (i) allowing an administrative claim for the Requested Compensation; (ii) authorizing the Trustee to immediately pay FSLC allowed fees in the amount of $23,043.50 incurred during the Application Period, from available funds,

6

including from the proceeds of any court approved DIP financing facility; and (iii) providing such other and further relief as is proper and just.

| | |
|---|---|
| Dated: December 1, 2021 | **N. Neville Reid, not individually, but solely in his capacity as the chapter 11 trustee for the bankruptcy estate of Town & Country Partners LLC** |
| | By:    */s/ N. Neville Reid* <br> Fox Swibel Levin & Carroll LLP, <br> General Bankruptcy Counsel to <br> the Trustee |

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

7

EXHIBIT A

# ATTORNEY AND PARALEGAL INFORMATION

| Rank | Full Name | Law School Class | Admitted to Practice in Illinois | Billing Rate | Time | Amount |
|---|---|---|---|---|---|---|
| **ATTORNEYS** | | | | | | |
| Partner | N. Neville Reid | 1987 | 1987 | $560 | 27.5 | $15,400.00 |
| Partner | Ryan T. Schultz | 2003 | 2006 | $470 | 6.1 | $2,867.00 |
| Of Counsel | Jill A. Coleman | 1980 | 1980 | $535 | 3.0 | $1,605.00 |
| Associate | Kenneth Thomas | 2016 | 2016 | $370 | 7.7 | $2,960.00 |
| **ATTORNEY TOTAL** | | | | | 44.6 | $22,832.00 |

| Rank | Full Name | | | Billing Rate | Time | Amount |
|---|---|---|---|---|---|---|
| **PARAPROFESSIONALS** | | | | | | |
| Paralegal | Blair Henderson | | | $235 | 0.9 | $211.50 |
| **PARAPROFESSIONAL TOTAL** | | | | | 0.9 | $211.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | | 45.5 | $23,043.50 |

4274072 v1 - 08036 / 013

# FOX SWIBEL
## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

**EXHIBIT B-1**

November 29, 2021

N. Neville Reid, as Chapter 11 Trustee for Town
& Country Partners, LLC (Case No. 21-8430)

Invoice: 105661
File Number: 08036-011
Billed Through: 11/24/2021

## N. Neville Reid, as Chapter 11 Trustee for Town & Country Partners, LLC (Case No. 21-8430)/Creditor Claim Analysis

### PROFESSIONAL SERVICES

| Date | ID | Description | Time | Amount |
|---|---|---|---|---|
| 10/29/2021 | JAC | Review of Proof of Claim (including Note and Mortgage attached thereto and title reports re: same) and email R. Schultz, N. Reid and K. Thomas with analysis re: same | 3.00 hrs @ 535.00/hr | 1,605.00 |

Total Professional Services: $1,605.00

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| JAC | Coleman, Jill A | 3.00 | $1,605.00 |

### BILL SUMMARY

| | |
|---|---|
| TOTAL CHARGES ON THIS INVOICE | $1,605.00 |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE UPON RECEIPT | $1,605.00 |

Please remit within 30 days of receipt. Thank you.

For ACH Payment: Huntington Bank, Columbus OH ABA# 044000024 Acct# 01060175149
PLEASE REFERENCE INVOICE NUMBER

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

**EXHIBIT B-2**

November 29, 2021

N. Neville Reid, as Chapter 11 Trustee for Town & Country Partners, LLC (Case No. 21-8430)

Invoice: 105662
File Number: 08036-002
Billed Through: 11/24/2021

## N. Neville Reid, as Chapter 11 Trustee for Town & Country Partners, LLC (Case No. 21-8430)/General Case Administration

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/26/2021 | RTS | Emails among 33, lender counsel, etc. re: appointment issues and immediate action items, including communication with secured lend re: same (1.0); Reviewed draft preliminary budget and provided comments to same (.3); reviewed interim cash collateral order proposed by secured lender and provided N. Reid comments to same (.4); attended trustee appointment hearing (.2); Telephone conference with secured lender counsel et al. re: cash collateral issues and immediate action item issues (.4); reviewed and revised retention applications (.5) | 2.80 hrs @ 470.00/hr | 1,316.00 |
| 10/27/2021 | NNR | conference call and follow up re: DIP financing and cash collateral (0.4); call with UST re: general case issues (0.2) | 0.70 hrs @ 560.00/hr | 392.00 |
| 10/27/2021 | RTS | Reviewed and revised 33 Realty management agreement (1.8) | 1.80 hrs @ 470.00/hr | 846.00 |
| 10/27/2021 | RTS | Telephone conference with J. Switzer et al. re: cash collateral and potential DIP financing (.3); Telephone conference with N. Reid re: same (.1) | 0.40 hrs @ 470.00/hr | 188.00 |
| 10/29/2021 | NNR | call with Mary G. re: site visit and further call with insurance agent re: insurance coverage | 0.10 hrs @ 560.00/hr | 56.00 |
| 11/01/2021 | KT | Call with N. Reid and potential DIP financier. | 0.50 hrs @ 370.00/hr | 185.00 |
| 11/01/2021 | NNR | discussion with Legalist rep's re: DIP financing and follow up with Eric and Ken re: response, next steps and strategy | 0.70 hrs @ 560.00/hr | 392.00 |

| | | | | |
|---|---|---|---|---|
| N. Neville Reid, as Chapter 11 Trustee for Town & Country Partners, LLC (Case No. 21-8430) | | | | Fox Swibel Levin & Carroll LLP |
| General Case Administration | | | | November 29, 2021 |
| Invoice # 105662 | | | | Page # 2 |
| 11/02/2021 | NNR | Discussion with creditor representative re: potential substantive consolidation issues (0.3); review draft orders re: retention apps (0.3) | 0.60 hrs @ 560.00/hr | 336.00 |
| 11/02/2021 | NNR | edit, revise cash collateral order | 1.80 hrs @ 560.00/hr | 1,008.00 |
| 11/03/2021 | BMH | Download documents from Perkins | 0.90 hrs @ 235.00/hr | 211.50 |
| 11/03/2021 | KT | Draft and revise notices of appearance. (.2) Coordinate filing. (.1) | 0.30 hrs @ 370.00/hr | 111.00 |
| 11/04/2021 | NNR | calls to insurance broker and G. Krol re: possible coverage issues (0.3); call with Liberty Mutual re: potential new policy (0.2); | 0.40 hrs @ 560.00/hr | 224.00 |
| 11/04/2021 | NNR | resolve issues re: insurance coverage and wiring of transfer of funds to estate | 0.50 hrs @ 560.00/hr | 280.00 |
| 11/04/2021 | NNR | miscellaneous emails and review, analysis re: wiring of cash to trustee-controlled account, cash management budget, estimated professional fees and securing of insurance | 2.10 hrs @ 560.00/hr | 1,176.00 |
| 11/05/2021 | NNR | Calls with Kevin Benjamin and Greg Perkins re: account control and review/send miscellaneous emails re: protecting cash management system (0.4); send budget to UST re: review (0.1); discussion with G. Krol re: accounts (0.1) | 0.60 hrs @ 560.00/hr | 336.00 |
| 11/09/2021 | NNR | email correspondence with lender and team re: insurance, utility and DIP/cash collateral issues | 0.50 hrs @ 560.00/hr | 280.00 |
| 11/09/2021 | RTS | Telephone conference with secured lender counsel re: DIP and cash collateral budget | 0.50 hrs @ 470.00/hr | 235.00 |
| 11/10/2021 | NNR | prepare for status call with Toorak and conduct call re: same and follow up with team re: strategy, next steps | 1.30 hrs @ 560.00/hr | 728.00 |
| 11/12/2021 | NNR | conference call with 33R team re: cash management system | 0.50 hrs @ 560.00/hr | 280.00 |
| 11/15/2021 | NNR | discussion with UST re: DIP financing issues (0.2); review emails re: DIP financing order and motion (0.2); resolve issues with Eric Anderson re: bank accounts and transfers of cash to UST on weekly basis (0.2) | 0.60 hrs @ 560.00/hr | 336.00 |
| 11/15/2021 | NNR | discussion with UST re: DIP financing issues and review emails from 33R re: expense reimbursement and cash management issues (0.7)), and edit/revise cash collateral order and email to 33R re: need for feedback (1.4) | 2.10 hrs @ 560.00/hr | 1,176.00 |

| N. Neville Reid, as Chapter 11 Trustee for Town & Country Partners, LLC (Case No. 21-8430) | Fox Swibel Levin & Carroll LLP |
|---|---|
| General Case Administration | November 29, 2021 |
| Invoice # 105662 | Page # 3 |

| Date | TK | Description | Time/Rate | Amount |
|---|---|---|---|---|
| 11/16/2021 | NNR | edit, revise finance/cc order and discussion with Jay Switzer re: same (0.4); discussion with Eric Weber re: comments on order (0.2); further edit, revise order cash collateral/financing order (0.8); | 1.30 hrs @ 560.00/hr | 728.00 |
| 11/17/2021 | NNR | edit, revise cash collateral/finance order (1.4); discussion with Legalist re: potential DIP facility terms (0.2) | 1.60 hrs @ 560.00/hr | 896.00 |
| 11/18/2021 | NNR | edit, revise cash collateral and DIP financing order | 2.30 hrs @ 560.00/hr | 1,288.00 |
| 11/22/2021 | NNR | conference call with 33R re: status | 0.70 hrs @ 560.00/hr | 392.00 |
| 11/22/2021 | NNR | edit, revise cash collateral order | 1.90 hrs @ 560.00/hr | 1,064.00 |
| 11/22/2021 | RTS | Telephone conference with N. Reid, E. Weber et al. re: case status and issues re: finalizing cash collateral/DIP order | 0.60 hrs @ 470.00/hr | 282.00 |
| 11/23/2021 | NNR | edit, revise, send markup of financing order | 0.40 hrs @ 560.00/hr | 224.00 |
| 11/23/2021 | NNR | discussion with Eric Weber re: financing order and review lender comments re: same | 0.40 hrs @ 560.00/hr | 224.00 |
| 11/24/2021 | NNR | edit financing order and emails re: same | 0.50 hrs @ 560.00/hr | 280.00 |
| | | Total Professional Services: | | $15,470.50 |

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| NNR | Reid, Neville N | 21.60 | $12,096.00 |
| RTS | Schultz, Ryan T | 6.10 | $2,867.00 |
| KT | Thomas, Kenneth | 0.80 | $296.00 |
| BMH | Henderson, Blair M | 0.90 | $211.50 |

| | |
|---|---|
| N. Neville Reid, as Chapter 11 Trustee for Town & Country Partners, LLC (Case No. 21-8430) | Fox Swibel Levin & Carroll LLP |
| General Case Administration | November 29, 2021 |
| Invoice # 105662 | Page # 4 |

## BILL SUMMARY

| | |
|---|---|
| TOTAL CHARGES ON THIS INVOICE | $15,470.50 |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE UPON RECEIPT | $15,470.50 |

Please remit within 30 days of receipt. Thank you.

For ACH Payment: Huntington Bank, Columbus OH ABA# 044000024 Acct# 01060175149
PLEASE REFERENCE INVOICE NUMBER

# FOX SWIBEL

**EXHIBIT B-3**

Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 29, 2021

N. Neville Reid, as Chapter 11 Trustee for Town
& Country Partners, LLC (Case No. 21-8430)

Invoice: 105663
File Number: 08036-003
Billed Through: 11/24/2021

## N. Neville Reid, as Chapter 11 Trustee for Town & Country Partners, LLC (Case No. 21-8430)/Professional Retention

### PROFESSIONAL SERVICES

| Date | ID | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/26/2021 | KT | Draft and revise retention applications for Fox Swibel, KRD as tax accountants, and 33 Realty as property manager and broker. (2.7) Call with lender to discuss plan for preliminary stages of case. (.4) Attend hearing on motion to appoint Chapter 11 trustee. (.2). | 3.30 hrs @ 370.00/hr | 1,221.00 |
| 10/26/2021 | NNR | edit, revise retention applications | 0.80 hrs @ 560.00/hr | 448.00 |
| 10/27/2021 | KT | Draft and revise retention applications, proposed orders, and declarations for Fox Swibel, KRD, and 33 Realty. | 2.00 hrs @ 370.00/hr | 740.00 |
| 10/27/2021 | NNR | ecit , revise retention apps | 1.00 hrs @ 560.00/hr | 560.00 |
| 10/28/2021 | KT | Edit and coordinate filing of proposed orders. | 0.20 hrs @ 370.00/hr | 74.00 |
| 10/29/2021 | NNR | edit, revise retention agreement for 33R as broker | 1.20 hrs @ 560.00/hr | 672.00 |
| 11/02/2021 | KT | Attend hearing on retention applications. (1.0) Draft and revise proposed retention order. (.3) Call with counsel for lender. (.1) | 1.40 hrs @ 370.00/hr | 518.00 |
| 11/09/2021 | NNR | review PMA and edit same (2.4); conference call with Toorak counsel re: DIP/CC order (0.5) | 2.90 hrs @ 560.00/hr | 1,624.00 |

Total Professional Services: $5,857.00

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| NNR | Reid, Neville N | 5.90 | $3,304.00 |
| KT | Thomas, Kenneth | 6.90 | $2,553.00 |

N. Neville Reid, as Chapter 11  Trustee for Town & Country Partners, LLC (Case No. 21-8430)　　　　　　　　　　　　　　　　　　Fox Swibel Levin & Carroll LLP

Professional Retention　　　　　　　　　　　　　　　　　　November 29, 2021

Invoice # 105663　　　　　　　　　　　　　　　　　　Page # 2

## BILL SUMMARY

| | |
|---|---:|
| TOTAL CHARGES ON THIS INVOICE | $5,857.00 |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE UPON RECEIPT | $5,857.00 |

Please remit within 30 days of receipt. Thank you.

For ACH Payment: Huntington Bank, Columbus OH ABA# 044000024 Acct# 01060175149
PLEASE REFERENCE INVOICE NUMBER

EXHIBIT B-4

# FOX SWIBEL

## Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 29, 2021

N. Neville Reid, as Chapter 11 Trustee for Town & Country Partners, LLC (Case No. 21-8430)

Invoice: 105664
File Number: 08036-012
Billed Through: 11/24/2021

### N. Neville Reid, as Chapter 11 Trustee for Town & Country Partners, LLC (Case No. 21-8430)/Creditor Correspondence and Dialogue

PROFESSIONAL SERVICES

| Date | ID | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/27/2021 | KT | Call with secured lender, N. Reid, and R. Schultz to discuss case. | 0.30 hrs @ 370.00/hr | 111.00 |

Total Professional Services: $111.00

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| KT | Thomas, Kenneth | 0.30 | $111.00 |

### BILL SUMMARY

| | |
|---|---|
| TOTAL CHARGES ON THIS INVOICE | $111.00 |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE UPON RECEIPT | $111.00 |

Please remit within 30 days of receipt. Thank you.

For ACH Payment: Huntington Bank, Columbus OH ABA# 044000024 Acct# 01060175149
PLEASE REFERENCE INVOICE NUMBER