UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Town and Country Partners, LLC | ) | Case 21-08430 |
| Debtor. | ) | Judge Jacqueline P. Cox |

REQUEST FOR SERVICE OF NOTICE

The undersigned, Trustee in bankruptcy for Aaron Harris, Debtor in case number 20 B 11948 now pending in this Court, requests hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditor's committee or a member of any creditors' committee be sent to:

> David P. Leibowitz, Trustee
> 3438 N. Elaine Place – Suite 4
> Chicago, IL 60657
> dleibowitz@lodpl.com

Service of any such notice may also be provided through the Court's CM/ECF system.

> /s/ David P. Leibowitz
> Trustee
> Illinois Attorney 1612271
> 312-662-5750