# UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Illinois

Eastern Division

In Re. Town and Country Partners LLC

Debtor(s)

Case No. 21-08430

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2021    Petition Date: 07/14/2021

Months Pending: 4    Industry Classification: 5 3 1 1

Reporting Method:    Accrual Basis ○    Cash Basis ⦿

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 2

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ N. Neville Reid    N. Neville Reid
Signature of Responsible Party    Printed Name of Responsible Party

12/30/2021
Date

200 W Madison St, Suite 3000 Chicago, IL 60606
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Town and Country Partners LLC    Case No. 21-08430

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $644 | |
| b. | Total receipts (net of transfers between accounts) | $34,761 | $108,434 |
| c. | Total disbursements (net of transfers between accounts) | $27,493 | $98,810 |
| d. | Cash balance end of month (a+b-c) | $7,913 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $27,493 | $98,810 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $569,708 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory   (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d | Total current assets | $577,621 |
| e. | Total assets | $7,692,166 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $7,200,000 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $935,000 |
| n. | Total liabilities (debt) (j+k+l+m) | $8,135,000 |
| o. | Ending equity/net worth (e-n) | $-442,834 |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $30,000 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $30,000 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $18,132 | |
| f. | Other expenses | $13,000 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-1,132 | $-15,237 |

UST Form 11-MOR (06/07/2021)    2

Debtor's Name  Town and Country Partners LLC                                Case No.  21-08430

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○  N/A ⦿ |
| i. | Do you have:  Worker's compensation insurance? | Yes ○ | No ⦿ |
| | If yes, are your premiums current? | Yes ○ | No ○  N/A ⦿  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿ | No ○ |
| | If yes, are your premiums current? | Yes ⦿ | No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ⦿ | No ○ |
| | If yes, are your premiums current? | Yes ⦿ | No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ⦿ |

UST Form 11-MOR (06/07/2021)                                3

| | | |
|---|---|---:|
| Debtor's Name | Town and Country Partners LLC | Case No. 21-08430 |

| | | |
|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ◯  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◯  No ⦿ |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ N. Neville Reid | N. Neville Reid |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Trustee | 12/30/2021 |
| Title | Date |

**ADDENDUM TO OCTOBER 2021 MONTHLY OPERATING REPORT OF TOWN & COUNTRY PARTNERS LLC**

N. Neville Reid, not individually, but solely as the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of Town and Country Partners LLC ("T&C") signed the attached Monthly Operating Report ("MOR") for October 2021 which necessarily relies upon and assumes the accuracy of T&C's filed July 2021 MOR at Dkt. 32 and T&C's balance sheets, income statements, and all other backup documents provided to the Trustee to complete this MOR.

After consultation with his professionals, the Trustee has determined that it would be overly burdensome and potentially impossible to complete a Statement of Cash Receipts and Disbursements for this month.

As it relates to question 7(d) of the MOR, the Trustee is not aware of any postpetition tax return filings that are outstanding but is continuing to consult with his professionals to determine if any postpetition tax return filings are outstanding.

As it relates to question 7(e) of the MOR, the Trustee is not aware of any postpetition estimated tax payments that are outstanding but is continuing to consult with his professionals to determine if any postpetition estimated tax payments are outstanding.

As it relates to question 7(f) of the MOR, the Trustee is not aware of any unpaid trust fund taxes that are outstanding but is continuing to consult with his professionals to determine if any postpetition estimated tax payments are outstanding.

If the Trustee uncovers information that would result in a change to any of the answers on the MORs, amended MORs will be filed.

# TOWN AND COUNTRY PARTNERS LLC
# BALANCE SHEET
# JANUARY 1 – OCTOBER 31, 2021

**ASSETS**

| | | |
|---|---:|---:|
| CURRENT ASSETS | | |
|   CASH & EQUIVELENTS | $7,913 | |
|   OTHER RECEIVABLES/Collections | $569,708 | |
|   ACCOUNTS RECEIVABLE | - | |
| TOTAL CURRENT ASSETS | | $577,621 |
| | | |
| FIXED ASSETS | | |
|   BUILDING & OTHER ASSETS | $7,280,000 | |
|     ACCUMULATED DEPRECIATION | $165,455 | |
| TOTAL FIXED ASSETS | | $7,114,545 |
| **TOTAL ASSETS** | | $7,692,166 |

**LIABILITIES & EQUITY**

| | | |
|---|---:|---:|
| LIABILITIES | | |
|   ACCOUNTS PAYABLE | | |
|   LOAN FROM SHAREHOLDERS | $256,371 | |
|   NOTES PAYABLE | $6,969,265 | |
| TOTAL LIABILITIES | | $7,225,636 |
| | | |
| EQUITY | | |
|   NET INCOME | $320,421 | |
|   DUE TO MEMBERS | $146,009 | |
|   RETAINED EARNINGS | | |
|   CAPITAL STOCK | $100 | |
| TOTAL EQUITY | | $466,530 |
| **TOTAL LIABILITIES & EQUITY** | | $7,692,166 |

# TOWN AND COUNTRY APARTMENTS
## Budget
### September - October 2021

**Town & Country Apts.**

|  | September | October | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Parking, Pet, Water | 0.00 | 0.00 | 0.00 |
| Late Fee Income | 0.00 | 0.00 | 0.00 |
| Rental Income | 26,750.00 | 30,000.00 | 56,750.00 |
| **Total Income** | 26,750.00 | 30,000.00 | 56,750.00 |
| **Expense** | | | |
| Advertising and Promotion | 0.00 | 0.00 | 0.00 |
| Bonus Commission | 2,500.00 | 3,000.00 | 5,500.00 |
| Broker Fee | 0.00 | 0.00 | 0.00 |
| Apartment Refresh | 5,000.00 | 5,000.00 | 10,000.00 |
| Contract Services | 3,400.00 | 5,000.00 | 8,400.00 |
| Contractors/Payroll | 7,511.61 | 7,511.61 | 15,023.22 |
| Security Deposits - PET | 0.00 | 0.00 | 0.00 |
| Insurance | 3,420.72 | 3,420.72 | 6,841.44 |
| HVAC | 0.00 | 0.00 | 0.00 |
| Furniture and Equipment | 0.00 | 0.00 | 0.00 |
| Legal and Professional Fees | 0.00 | 0.00 | 0.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 |
| Permits & Licenses | 0.00 | 0.00 | 0.00 |
| Eviction Fees | 0.00 | 0.00 | 0.00 |
| Scavenger | 700.00 | 700.00 | 1,400.00 |
| Snow Removal | 0.00 | 0.00 | 0.00 |
| Taxes - Property | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 300.00 | 300.00 | 600.00 |
| **Utilities** | | | |
| Electricity | 4,400.00 | 4,400.00 | 8,800.00 |
| Sewer | 1,800.00 | 1,800.00 | 3,600.00 |
| Water | | | 0.00 |
| **Total Utilities** | 6,200.00 | 6,200.00 | 12,400.00 |
| Vehicle Expense | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 29,032.33 | 31,132.33 | 60,164.66 |
| **Net Ordinary Income** | -2,282.33 | -1,132.33 | -3,414.66 |
| **Net Income** | -2,282.33 | -1,132.33 | -3,414.66 |

**PROVIDENCE BANK & TRUST**

TOWN AND COUNTRY PARTNERS LLC
9501 W 144TH PL STE 304
ORLAND PARK IL 60462-2564

Statement Date: **10/29/2021**   Enclosures:   ( 13 )   Account No.: **######8216**   Page: 1

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| ######8216 | | MID-SIZE BUSINESS CHECKING | Deposit | 7,913.17 |

Your Total Deposits = 7,913.17  And Your Total Loans = .00

## MID-SIZE BUSINESS CHECKING SUMMARY

Type :   **REG   Status :   Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 09/30/21 | | 644.27 |
| Deposits | 5 | 31,885.00+ |
| Debits | 8 | 21,164.21 |
| Automatic Withdrawals | 2 | 6,313.34 |
| Automatic Deposits | 1 | 2,876.45+ |
| SERVICE CHARGE | | 15.00 |
| Ending Balance On 10/29/21 | | 7,913.17 |
| Average Balance (Collected) | 4,979.64+ | |

## DEPOSITS AND OTHER CREDITS

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/12/21 | Deposit | 13,750.00 | 10/25/21 | Deposit | 3,555.00 | 10/29/21 | Deposit | 500.00 |
| 10/25/21 | Deposit | 2,740.00 | 10/27/21 | Deposit | 11,340.00 | | | |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/25/21 | | 3,555.00 | 10/25/21 | 1080 | 2,800.00 | 10/25/21 | 1162* | 2,115.00 |
| 10/06/21 | 1050 | 3,420.72 | 10/25/21 | 1083* | 1,440.00 | 10/27/21 | 1163 | 2,000.00 |
| 10/22/21 | 1079* | 1,440.00 | 10/28/21 | 1140* | 4,393.49 | | | |

| Date | Description | Amount |
|---|---|---|
| 10/29/21 | SERVICE CHARGE | 15.00 |

Continued                08/8028/1

**PROVIDENCE BANK & TRUST**

Statement Date: **10/29/2021**  Enclosures:   ( 13)                Account No.: **#######8216** Page:  **2**

## ALL POSTED ACTIVITY

| Date | Type/Check | Amount | Date | Type/Check | Amount | Date | Type/Check | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/06/21 | 1050 | 3,420.72 | 10/25/21 |  | 3,555.00 | 10/27/21 | 1163 | 2,000.00 |
| 10/12/21 | Deposit | 13,750.00+ | 10/25/21 | 1080 | 2,800.00 | 10/28/21 | 1140 | 4,393.49 |
| 10/22/21 | 1079 | 1,440.00 | 10/25/21 | 1083 | 1,440.00 | 10/29/21 | Deposit | 500.00+ |
| 10/25/21 | Deposit | 2,740.00+ | 10/25/21 | 1162 | 2,115.00 |  |  |  |
| 10/25/21 | Deposit | 3,555.00+ | 10/27/21 | Deposit | 11,340.00+ |  |  |  |

| Date | Description | Amount |
|---|---|---|
| 10/06/21 | INTERNET TRANSFER FROM CHK 9642 TO CHK 8216 7708592 | 2,876.45 + |
| 10/13/21 | HOMEWOOD DISPOSAL WASTE AND GARBAGE-INTERNET TRANSFER FROM CHK 8216 TO CHK 9642 3875144 | 3,246.09 |
| 10/25/21 | STATE FARM RO 08 CPC-CLIENT | 3,067.25 |
| 10/29/21 | SERVICE CHARGE | 15.00 |

## ITEMIZED SERVICE CHARGE

| Date | Description | Status | Amount |
|---|---|---|---|
| 10/29/21 | ACCT MAINTENANCE FEE |  | 15.00 |
|  | **TOTAL SERVICE CHARGE :** |  | **15.00** |

**This Statement Cycle Reflects 29 Days**

Continued                08/8028/2

**Providence BANK & TRUST**

**TOWN AND COUNTRY PARTNERS LLC**  Bank : 676
Account No. :  ######8216  Images : 13
Stmt. Date :  10/29/2021  Page : 3

# IMAGE STATEMENT


AM: 13,750.00 CK:  DT: 10/12 SQ: 31201750 Deposit


AM: 2,740.00 CK:  DT: 10/25 SQ: 22100040 Deposit


AM: 3,555.00 CK:  DT: 10/25 SQ: 31500220 Deposit


AM: 11,340.00 CK:  DT: 10/27 SQ: 21700080 Deposit


AM: 500.00 CK:  DT: 10/29 SQ: 23500020 Deposit


AM: 3,555.00 CK:  DT: 10/25 SQ: 31500260 Paid


AM: 3,420.72 CK: 1050 DT: 10/06 SQ: 80200520 Paid

AM: 1,440.00 CK: 1079 DT: 10/22 SQ: 29800250 Paid


AM: 2,800.00 CK: 1080 DT: 10/25 SQ: 28500080 Paid

AM: 1,440.00 CK: 1083 DT: 10/25 SQ: 31500230 Paid


AM: 4,393.49 CK: 1140 DT: 10/28 SQ: 80400610 Paid

AM: 2,115.00 CK: 1162 DT: 10/25 SQ: 31500240 Paid

Continued   08/8028/3

| | | |
|---|---|---|
| **PROVIDENCE BANK & TRUST** | **TOWN AND COUNTRY PARTNERS LLC**<br>Account No. :    ######8216<br>Stmt. Date :    10/29/2021 | Bank :    676<br>Images :    13<br>Page :    4 |

# IMAGE STATEMENT



AM: 2,000.00  CK: 1163  DT: 10/27  SQ: 80801650  Paid

End Statement        08/8028/4E