# UNITED STATES BANKRUPTCY COURT

Northern  DISTRICT OF  Illinois

Eastern Division

In Re. Town and Country Partners LLC § § § §

Debtor(s)

Case No.  21-08430

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2021

Petition Date: 07/14/2021

Months Pending: 5

Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method:        Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):        0

Debtor's Full-Time Employees (as of date of order for relief):        2

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ N. Neville Reid
Signature of Responsible Party

01/18/2022
Date

N. Neville Reid
Printed Name of Responsible Party

200 W Madison St, Suite 3000 Chicago, IL 60606
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Town and Country Partners LLC                                   Case No.  21-08430

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $7,913 | |
| b.   Total receipts (net of transfers between accounts) | $43,925 | $152,359 |
| c.   Total disbursements (net of transfers between accounts) | $27,339 | $126,149 |
| d.   Cash balance end of month (a+b-c) | $24,499 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $27,339 | $126,149 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $569,708 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 | |
| d    Total current assets | $563,475 | |
| e.   Total assets | $7,678,020 | |
| f.   Postpetition payables (excluding taxes) | $1,005 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $1,005 | |
| k.   Prepetition secured debt | $7,200,000 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $935,000 | |
| n.   Total liabilities (debt) (j+k+l+m) | $8,136,005 | |
| o.   Ending equity/net worth (e-n) | $-457,985 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $42,859 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $42,859 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $47,176 | |
| f.   Other expenses | $10,835 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $-15,152 | $-30,389 |

Debtor's Name Town and Country Partners LLC                                    Case No.  21-08430

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                    3

Debtor's Name Town and Country Partners LLC                    Case No. 21-08430

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Town and Country Partners LLC                                    Case No.  21-08430

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Town and Country Partners LLC                    Case No. 21-08430

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name Town and Country Partners LLC                              Case No.  21-08430

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Town and Country Partners LLC                                    Case No.  21-08430

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)        Yes ○   No ⦿

b.  Were any payments made outside the ordinary course of business        Yes ○   No ⦿
without court approval?  (if yes, see Instructions)

c.  Were any payments made to or on behalf of insiders?        Yes ○   No ⦿

d.  Are you current on postpetition tax return filings?        Yes ⦿   No ○

e.  Are you current on postpetition estimated tax payments?        Yes ⦿   No ○

f.  Were all trust fund taxes remitted on a current basis?        Yes ⦿   No ○

g.  Was there any postpetition borrowing, other than trade credit?        Yes ○   No ⦿
(if yes, see Instructions)

h.  Were all payments made to or on behalf of professionals approved by        Yes ○   No ○   N/A ⦿
the court?

i.  Do you have:        Worker's compensation insurance?        Yes ○   No ⦿

                 If yes, are your premiums current?        Yes ○   No ○   N/A ⦿   (if no, see Instructions)

                 Casualty/property insurance?        Yes ⦿   No ○

                 If yes, are your premiums current?        Yes ○   No ○   N/A ○   (if no, see Instructions)

                 General liability insurance?        Yes ⦿   No ○

                 If yes, are your premiums current?        Yes ⦿   No ○   N/A ○   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?        Yes ○   No ⦿

k.  Has a disclosure statement been filed with the court?        Yes ○   No ⦿

l.  Are you current with quarterly U.S. Trustee fees as        Yes ⦿   No ○
set forth under 28 U.S.C. § 1930?

Debtor's Name  Town and Country Partners LLC                                Case No.  21-08430

| | Part 8: Individual Chapter 11 Debtors (Only) | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ N. Neville Reid
_____                    N. Neville Reid
_____
Signature of Responsible Party                      Printed Name of Responsible Party

Trustee                                             01/18/2022
_____                    _____
Title                                               Date

Debtor's Name Town and Country Partners LLC    Case No. 21-08430



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Town and Country Partners LLC                                   Case No.  21-08430



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Town and Country Partners LLC                                Case No.  21-08430



PageThree



PageFour

**Balance Sheet**

**Properties:** Town and Country - 6021-6055 Canden Ave, Dixie Dr, McCasland ave Portage, IN 46368

**As of:** 11/30/2021

**Accounting Basis:** Cash

**GL Account Map:** None - use master chart of accounts

**Level of Detail:** Detail View

**Include Zero Balance GL Accounts:** No

| Account Name | Balance |
|---|---:|
| **ASSETS** | |
| **Cash** | |
|   Cash in Bank | 25,337.75 |
|   Cash - Operating Expense | -31,927.12 |
|   Old Operating Account | 355.98 |
| **Total Cash** | **-6,233.39** |
| Accounts Receivable | 569,708.00 |
| Buildings | 7,280,000.00 |
| Accumulated Depreciation | -165,455.00 |
| TOTAL ASSETS | **7,678,019.61** |
| | |
| | |
| **LIABILITIES & CAPITAL** | |
| **Liabilities** | |
|   Prepaid Rent | 1,005.00 |
|   Mortgage | 7,200,000.00 |
|   Loan - Due to Related Party | 935,000.00 |
| **Total Liabilities** | **8,136,005.00** |
| **Capital** | |
|   Owner Contribution | 13,464.00 |
|   Owner Distribution | -13,464.00 |
|   Opening Net Income | -442,833.83 |
|   Calculated Retained Earnings | -15,151.56 |
| **Total Capital** | **-457,985.39** |
| TOTAL LIABILITIES & CAPITAL | **7,678,019.61** |

**Income Statement**

**33 Management**

**Properties:** Town and Country - 6021-6055 Canden Ave, Dixie Dr, McCasland ave Portage, IN 46368

**As of:** Nov 2021

**Accounting Basis:** Cash

**GL Account Map:** None - use master chart of accounts

**Level of Detail:** Detail View

**Include Zero Balance GL Accounts:** No

| Account Name | Selected Month | % of Selected Month | Year to Month End | % of Year to Month End |
|---|---|---|---|---|
| **Operating Income & Expense** | | | | |
| **Income** | | | | |
| Rent Income | 22,296.00 | 52.02 | 22,296.00 | 52.02 |
| NSF Fees Collected | 50.00 | 0.12 | 50.00 | 0.12 |
| Pet Rent (Recurring) | 25.00 | 0.06 | 25.00 | 0.06 |
| Application Fee Income | 70.00 | 0.16 | 70.00 | 0.16 |
| Laundry Income | 374.75 | 0.87 | 374.75 | 0.87 |
| Parking Income | 411.00 | 0.96 | 411.00 | 0.96 |
| Late Fee | 100.00 | 0.23 | 100.00 | 0.23 |
| Miscellaneous Income | 19,532.00 | 45.57 | 19,532.00 | 45.57 |
| **Total Operating Income** | **42,858.75** | **100.00** | **42,858.75** | **100.00** |
| **Expense** | | | | |
| **R&M** | | | | |
| Misc - R&M | 11,380.63 | 26.55 | 11,380.63 | 26.55 |
| Supplies - R&M | 519.10 | 1.21 | 519.10 | 1.21 |
| **Total R&M** | **11,899.73** | **27.76** | **11,899.73** | **27.76** |
| **Administrative - Payroll Expenses** | | | | |
| Administrative - Manager Salary | 12,000.00 | 28.00 | 12,000.00 | 28.00 |
| **Total Administrative - Payroll Expenses** | **12,000.00** | **28.00** | **12,000.00** | **28.00** |
| Insurance - Property | 6,556.85 | 15.30 | 6,556.85 | 15.30 |
| **Utilities** | | | | |
| Electricity - Common | 11,130.87 | 25.97 | 11,130.87 | 25.97 |
| Electricity - Vacant | 4,884.27 | 11.40 | 4,884.27 | 11.40 |
| Other Utilities | -311.00 | -0.73 | -311.00 | -0.73 |
| **Total Utilities** | **15,704.14** | **36.64** | **15,704.14** | **36.64** |
| Garbage and Recycling | 1,000.00 | 2.33 | 1,000.00 | 2.33 |
| Bank Fees | 15.00 | 0.03 | 15.00 | 0.03 |
| Miscellaneous Expense | 10,834.59 | 25.28 | 10,834.59 | 25.28 |
| **Total Operating Expense** | **58,010.31** | **135.35** | **58,010.31** | **135.35** |
| **NOI - Net Operating Income** | **-15,151.56** | **-35.35** | **-15,151.56** | **-35.35** |
| Total Income | 42,858.75 | 100.00 | 42,858.75 | 100.00 |
| Total Expense | 58,010.31 | 135.35 | 58,010.31 | 135.35 |
| Net Income | **-15,151.56** | **-35.35** | **-15,151.56** | **-35.35** |

## Cash Flow

Exported On: 01/13/2022 04:43 PM

**33 Management**
**Properties:** Town and Country - 6021-6055 Camden Ave, Dixie Dr, McCasland ave Portage, IN 46368
**Date Range:** 11/01/2021 to 11/30/2021
**Accounting Basis:** Cash
**GL Account Map:** None - use master chart of accounts
**Level of Detail:** Detail View
**Include Zero Balance GL Accounts:** No

| Account Name | | Selected Period | % of Selected Period | | Fiscal Year To Date | % of Fiscal Year To Date |
|---|---|---|---|---|---|---|
| **Operating Income & Expense** | | | | | | |
| **Receipts** | | | | | | |
| Rent Income | $ | 22,296.00 | 52.02 | $ | 22,296.00 | 52.02 |
| NSF Fees Collected | $ | 50.00 | 0.12 | $ | 50.00 | 0.12 |
| Pet Rent (Recurring) | $ | 25.00 | 0.06 | $ | 25.00 | 0.06 |
| Application Fee Income | $ | 70.00 | 0.16 | $ | 70.00 | 0.16 |
| Laundry Income | $ | 374.75 | 0.87 | $ | 374.75 | 0.87 |
| Parking Income | $ | 411.00 | 0.96 | $ | 411.00 | 0.96 |
| Late Fee | $ | 100.00 | 0.23 | $ | 100.00 | 0.23 |
| Miscellaneous Income | $ | 19,532.00 | 45.57 | $ | 19,532.00 | 45.57 |
| **Total Operating Receipts** | $ | 42,858.75 | 100.00 | $ | 42,858.75 | 100.00 |
| **Operating Disbursements** | | | | | | |
| **R&M** | | | | | | |
| Misc - R&M | $ | 11,380.63 | 26.55 | $ | 11,380.63 | 26.55 |
| Supplies - R&M | $ | 519.10 | 1.21 | $ | 519.10 | 1.21 |
| **Total R&M Disbursements** | $ | 11,899.73 | 27.76 | $ | 11,899.73 | 27.76 |
| **Administrative - Payroll Disbursements** | | | | | | |
| Administrative - Manager Payroll | $ | 12,000.00 | 28.00 | $ | 12,000.00 | 28.00 |
| **Total Administrative - Payroll Disbursements** | $ | 12,000.00 | 28.00 | $ | 12,000.00 | 28.00 |
| Insurance - Property | $ | 6,556.85 | 15.30 | $ | 6,556.85 | 15.30 |
| **Utilities** | | | | | | |
| Electricity - Common | $ | 11,130.87 | 25.97 | $ | 11,130.87 | 25.97 |
| Electricity - Vacant | $ | 4,884.27 | 11.40 | $ | 4,884.27 | 11.40 |
| Other Utilities | $ | (311.00) | -0.73 | $ | (311.00) | -0.73 |
| **Total Utility Disbursements** | $ | 15,704.14 | 36.64 | $ | 15,704.14 | 36.64 |
| Garbage and Recycling | $ | 1,000.00 | 2.33 | $ | 1,000.00 | 2.33 |
| Bank Fees | $ | 15.00 | 0.03 | $ | 15.00 | 0.03 |
| Miscellaneous Expense | $ | 10,834.59 | 25.28 | $ | 10,834.59 | 25.28 |
| **Total Operating Disbursements** | $ | 58,010.31 | 135.35 | $ | 58,010.31 | 135.35 |
| | | | | | | |
| **NOI - Net Operating Income** | $ | (15,151.56) | -35.35 | $ | (15,151.56) | -35.35 |
| | | | | | | |
| Total Receipts | $ | 42,858.75 | 100.00 | $ | 42,858.75 | 100.00 |
| Total Disbursements | $ | 58,010.31 | 135.35 | $ | 58,010.31 | 135.35 |
| | | | | | | |
| **Net Income** | $ | (15,151.56) | -35.35 | $ | (15,151.56) | -35.35 |
| | | | | | | |
| **Other Items** | | | | | | |
| Old Operating Account | $ | (355.98) | | $ | (355.98) | |
| Accounts Receivable | $ | - | | $ | (569,708.00) | |
| Buildings | $ | - | | $ | (7,280,000.00) | |
| Accumulated Depreciation | $ | - | | $ | 165,455.00 | |
| Prepaid Rent | $ | 1,005.00 | | $ | 1,005.00 | |
| Mortgage | $ | - | | $ | 7,200,000.00 | |
| Loan - Due to Related Party | $ | - | | $ | 935,000.00 | |
| Owner Contribution | $ | 13,464.00 | | $ | 13,464.00 | |
| Owner Distribution | $ | (13,464.00) | | $ | (13,464.00) | |
| Opening Net Income | $ | - | | $ | (442,833.83) | |
| **Net Other Items** | $ | 649.02 | | $ | 8,562.19 | |
| | | | | | | |
| **Cash Flow** | $ | (14,502.54) | | $ | (6,589.37) | |
| | | | | | | |
| **Beginning Cash** | $ | 7,913.17 | | $ | | |
| **Beginning Cash + Cash Flow** | $ | (6,589.37) | | $ | (6,589.37) | |
| **Actual Ending Cash** | $ | (6,589.37) | | $ | (6,589.37) | |



## FINANCIAL SERVICES STATEMENT

888-9 BELONG (888-923-5664) •   FDIC

Service, Stewardship and Security

TOWN AND COUNTRY PARTNERS LLC
9501 W 144TH PL STE 304
ORLAND PARK IL 60462-2564

---

Statement Date: **11/30/2021**        Account No.:   **########8216**   Page: **1**

### ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| ########8216 | | MID-SIZE BUSINESS CHECKING | Deposit | 355.98 |

> **Your Total Deposits = 355.98 And Your Total Loans = .00**

### MID-SIZE BUSINESS CHECKING SUMMARY

Type :   **REG**   Status :   Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 10/29/21 | | 7,913.17 |
| Deposits | 2 | 19,532.00+ |
| Debits | 7 | 10,584.59 |
| Automatic Withdrawals | 3 | 16,489.60 |
| SERVICE CHARGE | | 15.00 |
| Ending Balance On 11/30/21 | | 355.98 |
| Average Balance (Collected) | 4,156.78+ | |

### DEPOSITS AND OTHER CREDITS

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/09/21 | Deposit | 16,910.00 | 11/12/21 | Deposit | 2,622.00 | | | |

### CHECKS AND OTHER DEBITS

*indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/05/21 | 1084 | 300.00 | 11/01/21 | 1088 | 1,440.00 | 11/15/21 | 1165 | 2,157.88 |
| 11/01/21 | 1086* | 1,187.61 | 11/05/21 | 1089 | 1,901.23 | | | |
| 11/01/21 | 1087 | 2,157.87 | 11/16/21 | 1164* | 1,440.00 | | | |

| Date | Description | Amount |
|---|---|---|
| 11/30/21 | SERVICE CHARGE | 15.00 |

### ALL POSTED ACTIVITY

| Date | Type/Check | Amount | Date | Type/Check | Amount | Date | Type/Check | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/01/21 | 1086 | 1,187.61 | 11/05/21 | 1084 | 300.00 | 11/12/21 | Deposit | 2,622.00+ |
| 11/01/21 | 1087 | 2,157.87 | 11/05/21 | 1089 | 1,901.23 | 11/15/21 | 1165 | 2,157.88 |
| 11/01/21 | 1088 | 1,440.00 | 11/09/21 | Deposit | 16,910.00+ | 11/16/21 | 1164 | 1,440.00 |

**Continued**     8/8007/1

SEE REVERSE SIDE FOR IMPORTANT INFORMATION



# FINANCIAL SERVICES STATEMENT

888-9 BELONG (888-923-5664) • FDIC

Service, Stewardship and Security

---

Statement Date: **11/30/2021**                                      Account No.: **########8216** Page: **2**

## ALL POSTED ACTIVITY (cont.)

| Date | Description | Amount |
|------|-------------|--------|
| 11/15/21 | INTERNET TRANSFER FROM CHK 8216 TO CHK 9642 7657729 | 12,000.00 |
| 11/16/21 | INTERNET TRANSFER FROM CHK 8216 TO CHK 9642 9288392 | 1,000.00 |
| 11/16/21 | INTERNET TRANSFER FROM CHK 8216 TO CHK 9642 1474934 | 3,489.60 |
| 11/30/21 | SERVICE CHARGE | 15.00 |

## ITEMIZED SERVICE CHARGE

| Date | Description | Status | Amount |
|------|-------------|--------|--------|
| 11/30/21 | ACCT MAINTENANCE FEE | | 15.00 |
| | **TOTAL SERVICE CHARGE :** | | **15.00** |

**This Statement Cycle Reflects 32 Days**



**Continued**          **8/8007/2**

SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**TOWN AND COUNTRY PARTNERS LLC**
**Account No. :**   ########8216
**Stmt. Date :**    11/30/2021

**Bank :**    676
**Images :**    9
**Page :**    3

## IMAGE STATEMENT



AM: 16,910.00 CK:  DT: 11/09 SQ: 28500240 Deposit



AM: 2,622.00 CK:  DT: 11/12 SQ: 32000020 Deposit



AM: 300.00 CK: 1084 DT: 11/05 SQ: 80701340 Paid



AM: 1,187.61 CK: 1086 DT: 11/01 SQ: 81302050 Paid



AM: 2,157.87 CK: 1087 DT: 11/01 SQ: 80201200 Paid



AM: 1,440.00 CK: 1088 DT: 11/01 SQ: 80402480 Paid



AM: 1,901.23 CK: 1089 DT: 11/05 SQ: 80701350 Paid



AM: 1,440.00 CK: 1164 DT: 11/16 SQ: 80700800 Paid



AM: 2,157.88 CK: 1165 DT: 11/15 SQ: 80500380 Paid

**End Statement    8/8007/3E**



BANK

P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Days In Statement Period |
|---|
| 27 |

TOWN COUNTRY PARTNERS LLC, DEBTOR
N NEVILLE REID, TRUSTEE
CASE #21-08430
200 WEST MADISON
SUITE 3000
CHICAGO IL 60606

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $0.00 | $24,392.75 | $250.00 | $24,142.75 |
| DEPOSIT TOTALS | $0.00 | $24,392.75 | $250.00 | $24,142.75 |

### Trustee Checking - 7336600000625

| | | Beginning Balance | $0.00 |
|---|---|---|---|
| Date | Description | Credits | Debits |
| 11/17 | Wire Transfer Credit | $13,464.00 | |
| | 33 MANAGEMENT LLC | | |
| | 357 W CHICAGO STE 100 | | |
| | CHICAGO IL | | |
| | 60654 | | |
| | ELECTRONIC DEPOSITS FOR TOWN A | | |
| | OUNTRY | | |
| | 20211117MMQFMPC8000076 | | |
| | 20211117MMQFMP9N000067 | | |
| | 11171012FT03 | | |
| 11/18 | MyDeposit | $9,439.00 | |
| 11/22 | 8666481536 APPFOLIO INC | $100.00 | |
| | PPD 091000010011959 | | |
| | 33 MANAGEMENT, LLC | | |
| 11/23 | Settlement 33 Management, L | $945.00 | |
| | CCD 081503508515398 | | |
| | 33 Management, LLC. | | |
| 11/24 | CASH DISB  33 MANAGEMENT LL | $374.75 | |
| | CCD 242071753564480 | | |
| | Town & Country Partner | | |
| 11/29 | 8666481536 APPFOLIO INC | $70.00 | |
| | PPD 091000010038022 | | |
| | 33 MANAGEMENT, LLC | | |
| | | Ending Balance | $24,142.75 |



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period |
| --- |
| 11/04/2021 thru 11/30/2021 |

| Account # |
| --- |
| 7336600000625 |

| Days In Statement Period |
| --- |
| 27 |

| CHECKS CLEARED | | | | Check # | Amount | Date | | Check # | Amount | Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Check # | Amount | Date | | | | | | | | |
| 2001 | 250.00 | 11/30 | | | | | | | | |
| *Indicates Skip In Check Number Sequence | | | | | | | | | | |

| $ | Interest Earned | | | | |
| --- | --- | --- | --- | --- | --- |
| Interest Earned this Month | $0.00 | | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $11,932.45 | | Average Daily Collected | $11,582.86 |

| Fees | | | | |
| --- | --- | --- | --- |
| | | Maintenance Fee | $0.00 |
| | | Service Charge | $0.00 |

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question,or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake,you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805  Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing, the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)





P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 11/04/2021 thru 11/30/2021 | 7336600000625 |

| Days In Statement Period |
|---|
| 27 |





Image Number 800509111002120    Amount 0000000250.00
Date 11-30-2021    Serial 2001

Image Number 800509111002120    Amount 0000000250.00
Date 11-30-2021    Serial 2001