**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 21-08430 |
| Town & Country Partners, LLC, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | **Date:  April 12, 2022** |
| | ) | **Time: 1:00 p.m.** |

**NOTICE OF FILING OF EXECUTED AGREEMENT OF PURCHASE AND
SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S
REAL ESTATE ASSETS AND RELATED PERSONAL PROPERTY**

**TO:**   SEE ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on March 22, 2022, the Trustee filed *Trustee's Motion Authorizing and Approving (I) the Sale of Substantially All of the Debtor's Real Estate Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (II) Related Relief* [Dkt. 91] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on March 30, 2022, the Trustee and Peerless Development, LLC, executed the purchase and sale agreement described in the Motion (the "PSA"), a copy of which is attached as **Exhibit A**.

Dated: April 4, 2022

**N. NEVILLE REID, not individually, but solely in his capacity as the chapter 11 trustee for the bankruptcy estate of Town & Country Partners LLC**

By:   */s/ Kenneth M. Thomas*
Fox Swibel Levin & Carroll LLP,
General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Kenneth M. Thomas (ARDC #6324750)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

## CERTIFICATE OF SERVICE

I, Kenneth M. Thomas, certify that on April 4, 2022, I caused a copy of the foregoing **Notice of Filing of Executed Agreement of Purchase and Sale of Substantially All of the Debtor's Real Estate Assets and Related Personal Property,** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system, and as otherwise indicated.

*/s/ Kenneth M. Thomas*
Kenneth M. Thomas

## SERVICE LIST

Patrick S Layng, *U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

Jeffrey L. Gansberg, *Office of the U.S. Trustee*
jeffrey.l.gansberg@usdoj.gov

J Kevin Benjamin, Esq., *Counsel to the Debtor*
attorneys@benjaminlaw.com

Theresa S. Benjamin, Esq., *Counsel to the Debtor*
theresa@benjaminlaw.com

Trinitee G. Green, *Counsel to Creditor Toorak Capital Partners, LLC*
tggreen@polsinelli.com

Jerry L Switzer, *Counsel to Creditor Toorak Capital Partners, LLC*
jswitzer@polsinelli.com

Martin J Wasserman, *Counsel to Creditors Jordan & Morgan Estates LLC and Sage Workinger*
mwasserman@carlsondash.com

**Party to receive notice via postage-prepaid first-class U.S. mail:**

2

4354274

**Town & Country Partners LLC**
9501 W. 144th Place
Suite 304
Orland Park, IL 60462

| | |
|---|---|
| 110th & Halsted Credit Union<br>c/o Sorman Frankel Ltd<br>180 N. LaSalle Street, Suite 2700<br>Chicago, IL 60601 | Aaron Harris<br>9129 S. Paulina Street<br>Chicago, IL 60620-5556 |
| Austgen Kuiper Jasaitis P.C.<br>130 North Main Street<br>Crown Point, IN 46307-4063 | Cohen Dovitz Makowka<br>10729 W. 159th St.<br>Orland Park, IL 60467-4531 |
| David P. Leibowitz, as Trustee for Chapter 7<br>Estate of Aaron Harris<br>3438 N. Elaine Place, Unit 4<br>Chicago, IL 60657 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Dynasty Holdings, LLC<br>5403 S. LaGrange Road<br>Countryside, IL 60525 | Indian American Water<br>650 Madison Street<br>Gary, IN 46402 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jordan and Morgan Estates<br>c/o Carlson Dash<br>216 S. Jefferson Street, Suite 504<br>Chicago, IL 60661 |
| Jordan and Morgan Estates<br>c/o Jason Huff<br>826 Old Mountain Rd NW<br>Kennesaw, GA 30152 | Northern Indiana Public Service Company<br>NIPSCO<br>1261 Dakota Street<br>Gary, IN 46403 |
| Northern Indiana Public Service Company<br>NIPSCO<br>801 E. 86th Ave<br>Merrillville, IN 46410 | Pinnacle Asset Management, LLC<br>9501 W. 144th Place, Suite 304<br>Orland Park, IL 60462 |
| Portage Utility Services<br>6070 Central Avenue<br>Portage, IN 46368 | Sage Workinger<br>Martin J Wasserman /Carlson Dash<br>216 S. Jefferson Street, Suite 504<br>Chicago, IL 60661 |
| Toorak Capital Partners<br>15 Maple Street<br>Summit, NJ 07901 | Toorak Capital Partners LLC<br>c/o Hammerschmidt, Amaral & Jonas<br>137 N. Michigan St.<br>South Bend, IN 46601-1603 |

4354274

| | |
|---|---|
| Toorak Capital Partners LLC<br>c/o Trinitee G. Green<br>Polsinelli PC<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, IL 60606 | Triumph Capital Partners LLC<br>155 S. Highway 101<br>Suite 7<br>Solana Beach, CA 92075-1800 |
| Warburg Equities LLC<br>6101 Canden Avenue<br>Portage, IN 46368 | Porter County Treasurer<br>155 Indiana Ave Suite 209<br>Valparaiso, IN 46383 |
| Sue Lynch<br>Office of the Mayor<br>6070 Central Avenue<br>Portage, IN 46368 | Dan Whitten<br>Whitten & Whitten<br>6183 Central Ave.<br>Portage, IN 46368 |
| Todd Rokita<br>Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 | Commissioner Jeff Good<br>155 Indiana Avenue<br>Suite 205<br>Valparaiso, IN 46383 |
| Commissioner Laura Shurr Blaney<br>155 Indiana Avenue<br>Suite 205<br>Valparaiso, IN 46383 | Commissioner Jim Biggs<br>155 Indiana Avenue<br>Suite 205<br>Valparaiso, IN 46383 |
| Scott McClure<br>Portage Professional Center<br>3200 Willowcreek Road, Suite A<br>Portage, Indiana 46368 | Michelle Clancy<br>Porter County Treasurer<br>155 Indiana Avenue<br>Suite 205<br>Valparaiso, IN 46383 |

4354274