# UNITED STATES BANKRUPTCY COURT

Northern   DISTRICT OF   Illinois

Eastern Division

| | | |
|---|---|---|
| In Re. Town and Country Partners LLC | § | Case No.  21-08430 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2022          Petition Date: 07/14/2021

Months Pending: 12          Industry Classification: 5 3 1 1

Reporting Method:          Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          2

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒   Statement of cash receipts and disbursements
☒   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☒   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Kenneth M. Thomas          Kenneth M. Thomas
Signature of Responsible Party          Printed Name of Responsible Party

09/23/2022
Date

          200 W Madison St, Suite 3000 Chicago, IL 60606
          Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

Debtor's Name Town and Country Partners LLC                                    Case No. 21-08430

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $552,255 | |
| b. Total receipts (net of transfers between accounts) | $0 | $9,870,680 |
| c. Total disbursements (net of transfers between accounts) | $335,988 | $936,785 |
| d. Cash balance end of month (a+b-c) | $216,267 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $8,715,917 |
| f. Total disbursements for quarterly fee calculation (c+e) | $335,988 | $9,652,702 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $569,708 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $569,708 | |
| c. Inventory    (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 | |
| d. Total current assets | $0 | |
| e. Total assets | $754,756 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $1,868,303 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $485,917 | |
| n. Total liabilities (debt) (j+k+l+m) | $2,354,219 | |
| o. Ending equity/net worth (e-n) | $-1,599,463 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $9,165,000 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $798,728 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $8,366,272 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $-210 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $-210 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $340,901 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-341,111 | $2,514,200 |

Debtor's Name  Town and Country Partners LLC                                    Case No.  21-08430

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Town and Country Partners LLC                    Case No. 21-08430

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Town and Country Partners LLC                                  Case No.  21-08430

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Town and Country Partners LLC                                    Case No. 21-08430

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Town and Country Partners LLC                    Case No. 21-08430

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Town and Country Partners LLC                                    Case No.  21-08430

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)          Yes ○   No ◉

b.  Were any payments made outside the ordinary course of business          Yes ○   No ◉
without court approval?  (if yes, see Instructions)

c.  Were any payments made to or on behalf of insiders?          Yes ○   No ◉

d.  Are you current on postpetition tax return filings?          Yes ◉   No ○

e.  Are you current on postpetition estimated tax payments?          Yes ◉   No ○

f.  Were all trust fund taxes remitted on a current basis?          Yes ◉   No ○

g.  Was there any postpetition borrowing, other than trade credit?          Yes ○   No ◉
(if yes, see Instructions)

h.  Were all payments made to or on behalf of professionals approved by          Yes ◉   No ○   N/A ○
the court?

i.  Do you have:          Worker's compensation insurance?          Yes ○   No ◉

              If yes, are your premiums current?          Yes ○   No ○   N/A ◉   (if no, see Instructions)

          Casualty/property insurance?          Yes ○   No ◉

              If yes, are your premiums current?          Yes ○   No ○   N/A ◉   (if no, see Instructions)

          General liability insurance?          Yes ○   No ◉

              If yes, are your premiums current?          Yes ○   No ○   N/A ◉   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?          Yes ○   No ◉

k.  Has a disclosure statement been filed with the court?          Yes ○   No ◉

l.  Are you current with quarterly U.S. Trustee fees as          Yes ○   No ◉
set forth under 28 U.S.C. § 1930?

Debtor's Name  Town and Country Partners LLC                                          Case No.  21-08430

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ N. Neville Reid                                          N. Neville Reid
_____                     _____
Signature of Responsible Party                     Printed Name of Responsible Party

Trustee                                                        09/23/2022
_____                     _____
Title                                                            Date

Debtor's Name Town and Country Partners LLC                                           Case No. 21-08430



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Town and Country Partners LLC                                                    Case No.  21-08430



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Town and Country Partners LLC                                        Case No.  21-08430



PageThree



PageFour

**Cash Flow - 12 Month**

**33 Management**

**Properties:** --Town and Country_04.28.2022 - 6021-6055 Canden Ave, Dixie Dr, McCasland ave Portage, IN 46368

**Period Range:** Nov 2021 to Jun 2022

**Accounting Basis:** Cash

**GL Account Map:** None - use master chart of accounts

**Level of Detail:** Detail View

**Include Zero Balance GL Accounts:** No

| Account Number | Account Name | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Operating Income & Expense** | | | | | | | | | |
| | **Income** | | | | | | | | | |
| 4100 | Rent Income | 22,296.00 | 28,550.00 | 27,513.00 | 21,773.01 | 32,285.85 | 18,318.28 | 4,438.00 | 0.00 | 155,174.14 |
| 4105 | Tenant Rental Credit | 0.00 | 0.00 | -900.00 | -737.00 | -1,154.17 | -925.00 | -172.00 | 0.00 | -3,888.17 |
| 4111-0 | Utility Income General | 0.00 | 0.00 | 630.00 | -485.00 | 810.67 | 750.34 | 0.00 | 0.00 | 1,706.01 |
| 4113 | RUBS Income | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 | 0.00 | 0.00 | 100.00 |
| 4124 | Rent Abatement | 0.00 | 0.00 | 0.00 | 0.00 | -2,257.00 | 0.00 | 0.00 | 0.00 | -2,257.00 |
| 4410 | NSF Fees Collected | 50.00 | -50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -50.00 | -50.00 |
| 4450 | Pet Rent (Recurring) | 25.00 | 75.00 | 125.00 | 150.00 | 100.00 | 125.00 | 0.00 | 0.00 | 600.00 |
| 4550 | Application Fee Income | 70.00 | -70.00 | 0.00 | 0.00 | -40.00 | 80.00 | 80.00 | -160.00 | -40.00 |
| 4560 | Laundry Income | 374.75 | 0.00 | 0.00 | 0.00 | 0.00 | 56.00 | 0.00 | 0.00 | 430.75 |
| 4561 | Parking Income | 411.00 | 729.00 | 709.00 | -321.00 | 805.66 | 742.35 | 0.00 | 0.00 | 3,076.01 |
| 4570 | Section 8 Income | 0.00 | 27,091.00 | 10,912.00 | 12,475.00 | 14,397.00 | 17,463.00 | -1,434.00 | 0.00 | 80,904.00 |
| 5680 | Late Fee | 100.00 | -90.00 | 270.00 | -705.00 | 375.00 | 75.00 | -125.00 | 0.00 | -100.00 |
| 5700 | Miscellaneous Income | 19,532.00 | 150.00 | 100.00 | 0.01 | 0.00 | 10,764.00 | -2,832.00 | 0.00 | 27,714.01 |
| 5707 | Key Income | 0.00 | 0.00 | 25.00 | 2.00 | 23.00 | 25.00 | 0.00 | 0.00 | 75.00 |
| | **Total Operating Income** | 42,858.75 | 56,385.00 | 39,384.00 | 32,152.02 | 45,396.01 | 47,523.97 | -45.00 | -210.00 | 263,444.75 |
| | **Expense** | | | | | | | | | |
| | **Turnover** | | | | | | | | | |
| 001-647-000 | Turnover Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 247.50 | 0.00 | 0.00 | 247.50 |
| | **Total Turnover** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **247.50** | **0.00** | **0.00** | **247.50** |
| 6200 | Pest Control | 0.00 | 0.00 | 98.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98.00 |
| | **R&M** | | | | | | | | | |
| 6208 | Keys - R&M | 0.00 | 0.00 | 110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110.00 |
| 6209 | Plumbing - R&M | 0.00 | 647.50 | 12,830.00 | 16,665.25 | 7,009.50 | 1,636.25 | 0.00 | 1,232.00 | 40,020.50 |
| 6211 | HVAC - R&M | 0.00 | 0.00 | 1,125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,125.00 |
| 6212 | Misc - R&M | 11,380.63 | 8,087.45 | 8,498.52 | 7,715.00 | 7,707.70 | 9,218.00 | 2,653.75 | 338.60 | 55,599.65 |
| 6214 | Electric - R&M | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |

**Cash Flow - 12 Month**

| Account Number | Account Name | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 6216 | Roof - R&M | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 6218 | Security/Fire Protection - R&M | 0.00 | 0.00 | 2,680.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,680.22 |
| 6219 | Supplies - R&M | 519.10 | 4,376.76 | 5,267.44 | 3,067.69 | 2,644.49 | 2,450.72 | 148.65 | 349.91 | 18,824.76 |
| 6226 | R&M - Inspections / Site Visits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.50 | 0.00 | 0.00 | 51.50 |
| 6233 | R&M - Excess Turnover Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 440.00 | 247.50 | 0.00 | 0.00 | 687.50 |
| | **Total R&M** | 11,899.73 | 13,611.71 | 30,511.18 | 27,747.94 | 17,801.69 | 13,603.97 | 2,802.40 | 1,920.51 | 119,899.13 |
| 6206-1 | Maintenance Salary | 0.00 | 5,416.67 | 5,416.67 | 5,416.67 | 5,416.67 | 5,416.67 | 0.00 | 0.00 | 27,083.35 |
| 6206-2 | Maintenance Salary - Benefits & Tax | 0.00 | 1,354.17 | 1,354.17 | 1,354.17 | 1,354.17 | 1,354.17 | 0.00 | 0.00 | 6,770.85 |
| 6231 | Turnover | 0.00 | 1,040.00 | 0.00 | 15,372.50 | 6,900.00 | 2,460.00 | 700.00 | 0.00 | 26,472.50 |
| 6232 | Turnover Cleaning | 0.00 | 0.00 | 2,647.50 | 9,226.25 | 6,430.00 | 1,070.00 | 180.00 | 0.00 | 19,553.75 |
| | **Contract Services** | | | | | | | | | |
| 6240-3 | Fire Monitoring Contract Services | 0.00 | 0.00 | 0.00 | 0.00 | 5,590.41 | 0.00 | 0.00 | 0.00 | 5,590.41 |
| 6240-7 | Cleaning Contract Services | 0.00 | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| 6240-8 | Snow Removal Contract Services | 0.00 | 0.00 | 560.00 | 7,950.00 | 1,600.00 | 1,600.00 | 0.00 | 0.00 | 11,710.00 |
| | **Total Contract Services** | 0.00 | 550.00 | 560.00 | 7,950.00 | 7,190.41 | 1,600.00 | 0.00 | 0.00 | 17,850.41 |
| 6248 | Landscaping | 0.00 | 0.00 | 2,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,250.00 |
| 6251 | Cleaning Expense | 0.00 | 0.00 | 357.50 | 0.00 | 797.50 | 0.00 | 0.00 | 0.00 | 1,155.00 |
| 6252 | Postage | 0.00 | 25.80 | 103.88 | 124.00 | 87.45 | 51.06 | 85.65 | 0.00 | 477.84 |
| 6253 | Permits & Licenses | 0.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| 6260 | Technology Expense | 0.00 | 680.00 | 353.50 | 353.50 | 353.50 | 353.50 | 0.00 | 0.00 | 2,094.00 |
| | **Administrative - Payroll Expenses** | | | | | | | | | |
| 6277-1 | Administrative - Manager Salary | 12,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,000.00 |
| | **Total Administrative - Payroll Expenses** | 12,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,000.00 |
| 6270 | Leasing Commissions | 0.00 | 0.00 | 500.00 | 0.00 | 3,050.00 | 1,050.00 | 0.00 | 0.00 | 4,600.00 |

**Cash Flow - 12 Month**

| Account Number | Account Name | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 6271 | Lease Renewal Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,250.00 | 0.00 | 2,250.00 |
| 6275 | Management Fees | 0.00 | 17,351.62 | 10,746.25 | 7,500.00 | 7,500.00 | 7,500.00 | 3,185.00 | 0.00 | 53,782.87 |
| 6320 | Insurance - Property | 6,556.85 | 591.00 | 0.00 | 12,269.00 | 3,067.26 | 0.00 | 0.00 | 0.00 | 22,484.11 |
| 6350 | Property Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 365,335.44 | 0.00 | 0.00 | 365,335.44 |
| 6360 | Receiver's Bond Expense | 0.00 | 0.00 | 0.00 | 279.00 | 0.00 | 0.00 | 0.00 | 0.00 | 279.00 |
| | **Utilities** | | | | | | | | | |
| 6410-1 | Electricity - Common | 11,060.24 | 1,992.90 | 1,139.28 | 1,286.41 | 3,023.12 | 2,210.65 | 2,234.93 | 362.44 | 23,309.97 |
| 6410-2 | Electricity - Vacant | 4,954.90 | 4,687.12 | 12,352.19 | 3,454.52 | 6,103.37 | 4,933.06 | 4,788.28 | 510.18 | 41,783.62 |
| 6420-1 | Gas - Common | 0.00 | 358.61 | 922.34 | 243.20 | 489.01 | 442.09 | 457.97 | 86.08 | 2,999.30 |
| 6430 | Water | 0.00 | 6,140.88 | 5,191.19 | 2,335.82 | 2,125.05 | 1,746.25 | 0.00 | 1,597.05 | 19,136.24 |
| 6460 | Other Utilities | -311.00 | -712.00 | -200.00 | -47.00 | -342.00 | -150.00 | -50.00 | 0.00 | -1,812.00 |
| | **Total Utilities** | 15,704.14 | 12,467.51 | 19,405.00 | 7,272.95 | 11,398.55 | 9,182.05 | 7,431.18 | 2,555.75 | 85,417.13 |
| 6450 | Garbage and Recycling | 1,000.00 | 285.48 | 1,375.24 | 1,949.96 | 3,252.18 | 73.48 | 0.00 | 436.80 | 8,373.14 |
| 7480 | Bank Fees | 15.00 | 29.50 | -1,924.79 | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | -1,865.29 |
| 7610-1 | Legal Expenses (Bankruptcy) | 0.00 | 23,043.50 | 0.00 | 0.00 | 56,001.52 | 0.00 | 0.00 | 0.00 | 79,045.02 |
| 7615 | Accounting Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 |
| 7620 | Other Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 11,000.00 | 0.00 | 0.00 | 0.00 | 11,000.00 |
| 7700 | Miscellaneous Expense | 10,834.59 | 4,116.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 335,987.69 | 350,938.52 |
| 7735 | Interest Expense-Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,688.22 | 0.00 | 0.00 | 7,688.22 |
| | **Total Operating Expense** | 58,010.31 | 81,963.20 | 73,754.10 | 96,820.94 | 141,630.90 | 416,991.06 | 16,634.23 | 340,900.75 | 1,226,705.49 |
| | | | | | | | | | | |
| | **NOI - Net Operating Income** | -15,151.56 | -25,578.20 | -34,370.10 | -64,668.92 | -96,234.89 | -369,467.09 | -16,679.23 | -341,110.75 | -963,260.74 |
| | | | | | | | | | | |
| | **Other Income & Expense** | | | | | | | | | |
| | **Other Income** | | | | | | | | | |
| 8500 | Sales Proceeds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,165,000.00 | 0.00 | 0.00 | 9,165,000.00 |
| | **Total Other Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,165,000.00 | 0.00 | 0.00 | 9,165,000.00 |
| | **Other Expense** | | | | | | | | | |
| 8001 | Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,246,242.48 | 0.00 | 0.00 | 5,246,242.48 |
| 8115 | Closing Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 426,046.90 | 0.00 | 0.00 | 426,046.90 |
| | **Total Other** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,672,289.38 | 0.00 | 0.00 | 5,672,289.38 |

**Cash Flow - 12 Month**

| Account Number | Account Name | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Expense** | | | | | | | | | |
| | **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,492,710.62 | 0.00 | 0.00 | 3,492,710.62 |
| | Total Income | 42,858.75 | 56,385.00 | 39,384.00 | 32,152.02 | 45,396.01 | 9,212,523.97 | -45.00 | -210.00 | 9,428,444.75 |
| | Total Expense | 58,010.31 | 81,963.20 | 73,754.10 | 96,820.94 | 141,630.90 | 6,089,280.44 | 16,634.23 | 340,900.75 | 6,898,994.87 |
| | **Net Income** | **-15,151.56** | **-25,578.20** | **-34,370.10** | **-64,668.92** | **-96,234.89** | **3,123,243.53** | **-16,679.23** | **-341,110.75** | **2,529,449.88** |
| | **Other Items** | | | | | | | | | |
| 1160 | Escrow Cash - Security Deposits | 0.00 | 0.00 | 0.00 | -800.00 | -800.00 | -400.00 | 2,000.00 | 0.00 | 0.00 |
| 1191 | Old Operating Account | -355.98 | -336.23 | 692.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1450-1 | Electricity Deposit | 0.00 | -480.00 | -12,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -12,630.00 |
| 1700 | Buildings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,280,000.00 | 0.00 | 0.00 | 7,280,000.00 |
| 1716 | Accumulated Depreciation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -165,455.00 | 0.00 | 0.00 | -165,455.00 |
| 2101 | Security Deposits | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 | -1,600.00 | 0.00 | 0.00 | 0.00 |
| 2120 | Clearing Account | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | -2,000.00 | 0.00 | 0.00 |
| 2300 | Prepaid Rent | 1,005.00 | 4,422.00 | -246.99 | 615.99 | 7,091.07 | -12,887.07 | 0.00 | 0.00 | 0.00 |
| 2700 | Mortgage | 0.00 | 2,267,860.00 | 0.00 | 0.00 | 0.00 | -9,467,860.00 | 0.00 | 0.00 | -7,200,000.00 |
| 2806 | Loan - Postpetition Advance | 0.00 | 148,974.81 | 0.00 | 59,885.19 | 0.00 | -208,860.00 | 0.00 | 0.00 | 0.00 |
| 3150 | Owner Contribution | 13,464.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 166,908.91 | 0.00 | 0.00 | 181,372.91 |
| 3250 | Owner Distribution | -13,464.00 | 0.00 | 0.00 | 0.00 | 0.00 | -166,908.91 | 0.00 | 0.00 | -180,372.91 |
| 3301 | Opening Net Income | 0.00 | -2,267,860.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,267,860.00 |
| | **Net Other Items** | **649.02** | **153,580.58** | **-11,704.78** | **60,501.18** | **7,091.07** | **-2,575,062.07** | **0.00** | **0.00** | **-2,364,945.00** |
| | **Cash Flow** | **-14,502.54** | **128,002.38** | **-46,074.88** | **-4,167.74** | **-89,143.82** | **548,181.46** | **-16,679.23** | **-341,110.75** | **164,504.88** |
| | **Beginning Cash** | **7,913.17** | **-6,589.37** | **121,413.01** | **75,338.13** | **71,170.39** | **-17,973.43** | **530,208.03** | **513,528.80** | **7,913.17** |
| | **Beginning Cash + Cash Flow** | **-6,589.37** | **121,413.01** | **75,338.13** | **71,170.39** | **-17,973.43** | **530,208.03** | **513,528.80** | **172,418.05** | **172,418.05** |
| | **Actual Ending Cash** | **-6,589.37** | **121,413.01** | **75,338.13** | **71,170.39** | **-17,973.43** | **530,208.03** | **513,528.80** | **172,418.05** | **172,418.05** |

**Balance Sheet**

**Properties:** --Town and Country_04.28.2022 - 6021-6055 Canden Ave, Dixie Dr, McCasland ave Portage, IN 46368

**As of:** 06/30/2022

**Accounting Basis:** Cash

**GL Account Map:** None - use master chart of accounts

**Level of Detail:** Detail View

**Include Zero Balance GL Accounts:** No

| Account Name | Balance |
|---|---:|
| **ASSETS** | |
| **Cash** | |
| Cash in Bank | 216,267.50 |
| Cash - Operating Expense | -43,849.45 |
| **Total Cash** | **172,418.05** |
| Accounts Receivable | 569,708.00 |
| **Utility-Deposits** | |
| Electricity Deposit | 12,630.00 |
| **Total Utility-Deposits** | **12,630.00** |
| TOTAL ASSETS | **754,756.05** |
| | |
| | |
| **LIABILITIES & CAPITAL** | |
| **Liabilities** | |
| Loan - Due to Related Party | 935,000.00 |
| **Total Liabilities** | **935,000.00** |
| **Capital** | |
| Owner Contribution | 181,372.91 |
| Owner Distribution | -180,372.91 |
| Opening Net Income | -2,710,693.83 |
| Calculated Retained Earnings | 2,529,449.88 |
| **Total Capital** | **-180,243.95** |
| TOTAL LIABILITIES & CAPITAL | **754,756.05** |

**Aged Receivable Detail**

**Properties:** --Town and Country_04.28.2022 - 6021-6055 Canden Ave, Dixie Dr, McCasland ave Portage, IN 46368

**Amount Receivable:** Exclude 0.00

**Tenant Status:** All

**As of:** 06/30/2022

**GL Account Map:** None - use master chart of accounts

| Unit Name | Tenant Status | Charge Date | GL Account | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| **2391-B** | | | | | | | | | |
| 2391-B | Past | 12/01/2021 | 6460 - Other Utilities | 50.00 | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| **2397-B** | | | | | | | | | |
| 2397-B | Past | 11/06/2021 | 5680 - Late Fee | 75.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| 2397-B | Past | 12/06/2021 | 5680 - Late Fee | 75.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| 2397-B | Past | 01/01/2022 | 4100 - Rent Income | 805.00 | 76.00 | 0.00 | 0.00 | 0.00 | 76.00 |
| 2397-B | Past | 01/06/2022 | 5680 - Late Fee | 75.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| 2397-B | Past | 02/02/2022 | 6410-2 - Electricity - Vacant | 52.02 | 52.02 | 0.00 | 0.00 | 0.00 | 52.02 |
| | | | | 1,082.02 | 353.02 | 0.00 | 0.00 | 0.00 | 353.02 |
| **2400-A** | | | | | | | | | |
| 2400-A | Past | 11/01/2021 | 4100 - Rent Income | 478.83 | 238.83 | 0.00 | 0.00 | 0.00 | 238.83 |
| 2400-A | Past | 11/01/2021 | 4561 - Parking Income | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 2400-A | Past | 11/01/2021 | 6460 - Other Utilities | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 2400-A | Past | 11/30/2021 | 4100 - Rent Income | 366.17 | 366.17 | 0.00 | 0.00 | 0.00 | 366.17 |
| 2400-A | Past | 12/01/2021 | 4100 - Rent Income | 845.00 | 845.00 | 0.00 | 0.00 | 0.00 | 845.00 |
| 2400-A | Past | 12/01/2021 | 4561 - Parking Income | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 2400-A | Past | 12/01/2021 | 6460 - Other Utilities | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 2400-A | Past | 12/06/2021 | 5680 - Late Fee | 75.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| 2400-A | Past | 01/01/2022 | 4100 - Rent Income | 845.00 | 845.00 | 0.00 | 0.00 | 0.00 | 845.00 |
| 2400-A | Past | 01/01/2022 | 4561 - Parking Income | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 2400-A | Past | 01/01/2022 | 4111-0 - Utility Income General | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |

**Aged Receivable Detail**

| Unit Name | Tenant Status | Charge Date | GL Account | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| 2400-A | Past | 01/06/2022 | 5680 - Late Fee | 75.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| 2400-A | Past | 02/01/2022 | 4100 - Rent Income | 845.00 | 845.00 | 0.00 | 0.00 | 0.00 | 845.00 |
| 2400-A | Past | 02/01/2022 | 4561 - Parking Income | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 2400-A | Past | 02/01/2022 | 4111-0 - Utility Income General | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 2400-A | Past | 02/06/2022 | 5680 - Late Fee | 75.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| 2400-A | Past | 03/01/2022 | 4100 - Rent Income | 845.00 | 845.00 | 0.00 | 0.00 | 0.00 | 845.00 |
| 2400-A | Past | 03/01/2022 | 4561 - Parking Income | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 2400-A | Past | 03/01/2022 | 4111-0 - Utility Income General | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 2400-A | Past | 03/06/2022 | 5680 - Late Fee | 75.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| 2400-A | Past | 05/12/2022 | 6212 - Misc - R&M | 495.00 | 495.00 | 0.00 | 495.00 | 0.00 | 0.00 |
| | | | | 5,520.00 | 5,280.00 | 0.00 | 495.00 | 0.00 | 4,785.00 |
| **6021-2** | | | | | | | | | |
| 6021-2 | Past | 03/01/2022 | 4100 - Rent Income | 12.90 | 12.90 | 0.00 | 0.00 | 0.00 | 12.90 |
| 6021-2 | Past | 03/01/2022 | 4570 - Section 8 Income | 14.93 | 14.93 | 0.00 | 0.00 | 0.00 | 14.93 |
| | | | | 27.83 | 27.83 | 0.00 | 0.00 | 0.00 | 27.83 |
| **6025-6** | | | | | | | | | |
| 6025-6 | Past | 11/01/2021 | 4561 - Parking Income | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 6025-6 | Past | 11/01/2021 | 6460 - Other Utilities | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 6025-6 | Past | 11/19/2021 | 4100 - Rent Income | 845.00 | 770.00 | 0.00 | 0.00 | 0.00 | 770.00 |
| | | | | 945.00 | 870.00 | 0.00 | 0.00 | 0.00 | 870.00 |
| **6041-2** | | | | | | | | | |
| 6041-2 | Past | 02/01/2022 | 4100 - Rent Income | 1,070.00 | 174.00 | 0.00 | 0.00 | 0.00 | 174.00 |
| 6041-2 | Past | 02/06/2022 | 5680 - Late Fee | 75.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| 6041-2 | Past | 04/11/2022 | 6232 - Turnover | 210.00 | 210.00 | 0.00 | 0.00 | 210.00 | 0.00 |

**Aged Receivable Detail**

| Unit Name | Tenant Status | Charge Date | GL Account | Total Amount | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|-----------|---------------|-------------|------------|-------------:|------------------:|-----:|------:|------:|----:|
| | | | Cleaning | | | | | | |
| | | | | **1,355.00** | **459.00** | **0.00** | **0.00** | **210.00** | **249.00** |
| **6041-4** | | | | | | | | | |
| 6041-4 | Past | 02/01/2022 | 4100 - Rent Income | 1,045.00 | 969.00 | 0.00 | 0.00 | 0.00 | 969.00 |
| 6041-4 | Past | 04/13/2022 | 6233 - R&M - Excess Turnover Expenses | 165.00 | 165.00 | 0.00 | 0.00 | 165.00 | 0.00 |
| | | | | **1,210.00** | **1,134.00** | **0.00** | **0.00** | **165.00** | **969.00** |
| **6081-C** | | | | | | | | | |
| 6081-C | Past | 04/18/2022 | 6233 - R&M - Excess Turnover Expenses | 192.50 | 192.50 | 0.00 | 0.00 | 192.50 | 0.00 |
| **6101-A** | | | | | | | | | |
| 6101-A | Past | 04/11/2022 | 6212 - Misc - R&M | 330.00 | 330.00 | 0.00 | 0.00 | 330.00 | 0.00 |
| 6101-A | Past | 04/11/2022 | 6212 - Misc - R&M | 316.25 | 316.25 | 0.00 | 0.00 | 316.25 | 0.00 |
| | | | | **646.25** | **646.25** | **0.00** | **0.00** | **646.25** | **0.00** |
| **Total** | | | | **11,028.60** | **8,970.60** | **0.00** | **495.00** | **1,213.75** | **7,261.85** |

# Income Statement

**33 Management**

**Properties:** --Town and Country_04.28.2022 - 6021-6055 Canden Ave, Dixie Dr, McCasland ave Portage, IN 46368

**As of:** Jun 2022

**Accounting Basis:** Cash

**GL Account Map:** None - use master chart of accounts

**Level of Detail:** Detail View

**Include Zero Balance GL Accounts:** No

| Account Name | Selected Month | % of Selected Month | Year to Month End | % of Year to Month End |
|---|---|---|---|---|
| **Operating Income & Expense** | | | | |
| **Income** | | | | |
| Rent Income | 0.00 | 0.00 | 155,174.14 | 58.90 |
| Tenant Rental Credit | 0.00 | 0.00 | -3,888.17 | -1.48 |
| Utility Income General | 0.00 | 0.00 | 1,706.01 | 0.65 |
| RUBS Income | 0.00 | 0.00 | 100.00 | 0.04 |
| Rent Abatement | 0.00 | 0.00 | -2,257.00 | -0.86 |
| NSF Fees Collected | -50.00 | 23.81 | -50.00 | -0.02 |
| Pet Rent (Recurring) | 0.00 | 0.00 | 600.00 | 0.23 |
| Application Fee Income | -160.00 | 76.19 | -40.00 | -0.02 |
| Laundry Income | 0.00 | 0.00 | 430.75 | 0.16 |
| Parking Income | 0.00 | 0.00 | 3,076.01 | 1.17 |
| Section 8 Income | 0.00 | 0.00 | 80,904.00 | 30.71 |
| Late Fee | 0.00 | 0.00 | -100.00 | -0.04 |
| Miscellaneous Income | 0.00 | 0.00 | 27,714.01 | 10.52 |
| Key Income | 0.00 | 0.00 | 75.00 | 0.03 |
| **Total Operating Income** | **-210.00** | **100.00** | **263,444.75** | **100.00** |
| **Expense** | | | | |
| **Turnover** | | | | |
| Turnover Expenses | 0.00 | 0.00 | 247.50 | 0.09 |
| **Total Turnover** | **0.00** | **0.00** | **247.50** | **0.09** |
| Pest Control | 0.00 | 0.00 | 98.00 | 0.04 |
| **R&M** | | | | |
| Keys - R&M | 0.00 | 0.00 | 110.00 | 0.04 |
| Plumbing - R&M | 1,232.00 | -586.67 | 40,020.50 | 15.19 |
| HVAC - R&M | 0.00 | 0.00 | 1,125.00 | 0.43 |
| Misc - R&M | 338.60 | -161.24 | 55,599.65 | 21.10 |
| Electric - R&M | 0.00 | 0.00 | 300.00 | 0.11 |
| Roof - R&M | 0.00 | 0.00 | 500.00 | 0.19 |
| Security/Fire Protection - R&M | 0.00 | 0.00 | 2,680.22 | 1.02 |
| Supplies - R&M | 349.91 | -166.62 | 18,824.76 | 7.15 |
| R&M - Inspections / Site Visits | 0.00 | 0.00 | 51.50 | 0.02 |
| R&M - Excess Turnover Expenses | 0.00 | 0.00 | 687.50 | 0.26 |
| **Total R&M** | **1,920.51** | **-914.53** | **119,899.13** | **45.51** |
| Maintenance Salary | 0.00 | 0.00 | 27,083.35 | 10.28 |
| Maintenance Salary - Benefits & Tax | 0.00 | 0.00 | 6,770.85 | 2.57 |
| Turnover | 0.00 | 0.00 | 26,472.50 | 10.05 |
| Turnover Cleaning | 0.00 | 0.00 | 19,553.75 | 7.42 |

**Income Statement**

| Account Name | Selected Month | % of Selected Month | Year to Month End | % of Year to Month End |
|---|---|---|---|---|
| **Contract Services** | | | | |
| Fire Monitoring Contract Services | 0.00 | 0.00 | 5,590.41 | 2.12 |
| Cleaning Contract Services | 0.00 | 0.00 | 550.00 | 0.21 |
| Snow Removal Contract Services | 0.00 | 0.00 | 11,710.00 | 4.44 |
| **Total Contract Services** | **0.00** | **0.00** | **17,850.41** | **6.78** |
| Landscaping | 0.00 | 0.00 | 2,250.00 | 0.85 |
| Cleaning Expense | 0.00 | 0.00 | 1,155.00 | 0.44 |
| Postage | 0.00 | 0.00 | 477.84 | 0.18 |
| Permits & Licenses | 0.00 | 0.00 | 1,400.00 | 0.53 |
| Technology Expense | 0.00 | 0.00 | 2,094.00 | 0.79 |
| **Administrative - Payroll Expenses** | | | | |
| Administrative - Manager Salary | 0.00 | 0.00 | 12,000.00 | 4.56 |
| **Total Administrative - Payroll Expenses** | **0.00** | **0.00** | **12,000.00** | **4.56** |
| Leasing Commissions | 0.00 | 0.00 | 4,600.00 | 1.75 |
| Lease Renewal Fee | 0.00 | 0.00 | 2,250.00 | 0.85 |
| Management Fees | 0.00 | 0.00 | 53,782.87 | 20.42 |
| Insurance - Property | 0.00 | 0.00 | 22,484.11 | 8.53 |
| Property Tax | 0.00 | 0.00 | 365,335.44 | 138.68 |
| Receiver's Bond Expense | 0.00 | 0.00 | 279.00 | 0.11 |
| **Utilities** | | | | |
| Electricity - Common | 362.44 | -172.59 | 23,309.97 | 8.85 |
| Electricity - Vacant | 510.18 | -242.94 | 41,783.62 | 15.86 |
| Gas - Common | 86.08 | -40.99 | 2,999.30 | 1.14 |
| Water | 1,597.05 | -760.50 | 19,136.24 | 7.26 |
| Other Utilities | 0.00 | 0.00 | -1,812.00 | -0.69 |
| **Total Utilities** | **2,555.75** | **-1,217.02** | **85,417.13** | **32.42** |
| Garbage and Recycling | 436.80 | -208.00 | 8,373.14 | 3.18 |
| Bank Fees | 0.00 | 0.00 | -1,865.29 | -0.71 |
| Legal Expenses (Bankruptcy) | 0.00 | 0.00 | 79,045.02 | 30.00 |
| Accounting Expenses | 0.00 | 0.00 | 25.00 | 0.01 |
| Other Professional Fees | 0.00 | 0.00 | 11,000.00 | 4.18 |
| Miscellaneous Expense | 335,987.69 | -159,994.14 | 350,938.52 | 133.21 |
| Interest Expense-Other | 0.00 | 0.00 | 7,688.22 | 2.92 |
| **Total Operating Expense** | **340,900.75** | **-162,333.69** | **1,226,705.49** | **465.64** |
| | | | | |
| **NOI - Net Operating Income** | **-341,110.75** | **162,433.69** | **-963,260.74** | **-365.64** |
| | | | | |
| **Other Income & Expense** | | | | |
| **Other Income** | | | | |
| Sales Proceeds | 0.00 | 0.00 | 9,165,000.00 | 3,478.91 |
| **Total Other Income** | **0.00** | **0.00** | **9,165,000.00** | **3,478.91** |
| **Other Expense** | | | | |
| Depreciation Expense | 0.00 | 0.00 | 5,246,242.48 | 1,991.40 |
| Closing Costs | 0.00 | 0.00 | 426,046.90 | 161.72 |

**Income Statement**

| Account Name | Selected Month | % of Selected Month | Year to Month End | % of Year to Month End |
|---|---|---|---|---|
| **Total Other Expense** | 0.00 | 0.00 | 5,672,289.38 | 2,153.12 |
| | | | | |
| **Net Other Income** | 0.00 | 0.00 | 3,492,710.62 | 1,325.78 |
| | | | | |
| Total Income | -210.00 | 100.00 | 9,428,444.75 | 3,578.91 |
| Total Expense | 340,900.75 | -162,333.69 | 6,898,994.87 | 2,618.76 |
| | | | | |
| Net Income | -341,110.75 | 162,433.69 | 2,529,449.88 | 960.14 |



| | Statement Period |
|---|---|
| | 06/01/2022 thru 06/30/2022 |

| | Account # |
|---|---|

| | Days In Statement Period |
|---|---|
| | 30 |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

TOWN COUNTRY PARTNERS LLC, DEBTOR
N NEVILLE REID, TRUSTEE
CASE #21-08430
200 WEST MADISON
SUITE 3000
CHICAGO IL 60606

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $552,255.19 | $0.00 | $335,987.69 | $216,267.50 |
| DEPOSIT TOTALS | $552,255.19 | $0.00 | $335,987.69 | $216,267.50 |



## Trustee Checking -

| | |
|---|---|
| Beginning Balance | $552,255.19 |
| Ending Balance | $216,267.50 |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| | 81,258.50 | 06/06 | | 254,729.19 | 06/06 | | | |

*Indicates Skip In Check Number Sequence

## Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $272,265.44 | Average Daily Collected | $272,265.44 |

*The interest posted on this statement reflects interest earned during the prior statement cycle. This is the process for interest posting for all statement cycles moving  forward. This applies to Rewards Checking Accounts only.

## Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-844-889-0896 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805  Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period |
| --- |
| 06/01/2022 thru 06/30/2022 |

| Account # |
| --- |

| Days In Statement Period |
| --- |
| 30 |



## ADDENDUM TO JUNE 2022 MONTHLY OPERATING REPORT OF
## TOWN & COUNTRY PARTNERS LLC

N. Neville Reid, not individually, but solely as the Chapter 11 Trustee for the bankruptcy estate of Town and Country Partners LLC ("T&C") signed the attached Monthly Operating Report ("MOR") for June 2022 which necessarily relies upon and assumes the accuracy of T&C's filed July 2021 MOR at Dkt. 32 and T&C's balance sheets, income statements, and all other backup documents provided to the Trustee to complete this MOR.

As it relates to question 7(d) of the MOR, the Trustee has sought an extension of certain tax return filing deadlines as we await tax returns from the previous year from the Debtor.

As it relates to question 7(e) of the MOR, the Trustee is not aware of any postpetition estimated tax payments that are outstanding but is continuing to consult his professionals to determine if any postpetition estimated tax payments are outstanding.

As it relates to question 7(f) of the MOR, the Trustee is not aware of any unpaid trust fund taxes that are outstanding but is continuing to consult his professionals to determine if any postpetition estimated tax payments are outstanding.

If the Trustee uncovers information that would result in a change to any of the answers on the MORs, amended MORs will be filed.

4431490 v1 - 08036 / 002